**JOSEPH E. THAGGARD**
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: joseph.thaggard@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

OCT 0 1 2008

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVIS HENRY and JAMES MACK, <br><br> Defendants. | CR 08- 123 -BLG- RFC <br><br> **INDICTMENT** <br><br> CONSPIRACY TO POSSESS COCAINE WITH INTENT TO DISTRIBUTE <br> Title 21 U.S.C. § 846 (Count I) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release) <br><br> POSSESSION WITH INTENT TO DISTRIBUTE COCAINE AND DISTRIBUTION OF COCAINE <br> Title 21 U.S.C. § 841(a)(1), Title 18 U.S.C. § 2 (Counts II, III) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release) <br><br> TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That between on or about March 1, 2006, and continuing thereafter until on or about September 30, 2008, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, TRAVIS HENRY and JAMES MACK, together with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That between on or about March 1, 2006 and on or about September 30, 2008, in Yellowstone County, in the State and District of Montana, the defendants, TRAVIS HENRY and JAMES MACK, knowingly and unlawfully possessed with the intent to distribute over five kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT III

That between on or about March 1, 2006 and on or about September 30, 2008, in Yellowstone County, in the State and District of Montana, the defendants, TRAVIS HENRY and JAMES MACK, knowingly distributed over five kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## PINKERTON THEORY OF LIABILITY

Counts II and III are subject to a *Pinkerton* theory of liability.

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

WARRANT ✓✓

BAIL Federal Custody

CRM/SUM _____

3

# United States District Court
### District of Montana, Billings Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: CR-08-123-BLG-RFC-01 <br> (Federal Custody - Colorado) |
| **TRAVIS HENRY** | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

YOU ARE HEREBY COMMANDED to arrest **Travis Henry (Federal Custody - Colorado)** and take the arrested person without unnecessary delay before the nearest available federal magistrate judge to answer the Indictment charging him or her with conspiracy to possess cocaine with intent to distribute (Count I) in violation of Title 21, United State Code, Section 846 and possession with intent to distribute cocaine and distribution of cocaine (Counts II & III) in violation of Title 21 United States Code, Section(s) 841(a)(1), Title 18 U.S.C. § 2.

CERTIFIED COPY OF CHARGING DOCUMENT ATTACHED

Assigned to:   Joseph Thaggard
              Assistant U.S. Attorney

Coleen Hanley
Name of Issuing Officer

*Coleen Hanley* (signature)
Signature of Issuing Officer
By Order of Magistrate Judge Jeremiah C. Lynch
**BAIL FIXED AT $0**

DEPUTY CLERK, UNITED STATES DISTRICT COURT
Title of Issuing Officer

October 2, 2008
MISSOULA, MT

**By COLEEN HANLEY**
Name of Judicial Officer

---

### Return

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT _____

DATE RECEIVED _____   DATE OF ARREST _____

NAME AND TITLE OF ARRESTING OFFICER _____
SIGNATURE OF ARRESTING OFFICER _____

# United States District Court

District of Montana, Billings Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: CR-08-123-BLG-RFC-02<br>(Federal Custody - Colorado) |
| **JAMES MACK** | |

TO:     UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **James Mack (Federal Custody - Colorado)** and take the arrested person without unnecessary delay before the nearest available federal magistrate judge to answer the Indictment charging him or her with conspiracy to possess cocaine with intent to distribute (Count I) in violation of Title 21, United State Code, Section 846 and possession with intent to distribute cocaine and distribution of cocaine (Counts II & III) in violation of Title 21 United States Code, Section(s) 841(a)(1), Title 18 U.S.C. § 2.

CERTIFIED COPY OF CHARGING DOCUMENT ATTACHED

Assigned to:    Joseph Thaggard
                Assistant U.S. Attorney

Coleen Hanley
Name of Issuing Officer

*[signature: Coleen Hanley]*
Signature of Issuing Officer
By Order of Magistrate Judge Jeremiah C. Lynch
**BAIL FIXED AT $0**

DEPUTY CLERK, UNITED STATES DISTRICT COURT
Title of Issuing Officer

October 2, 2008
MISSOULA, MT

**By COLEEN HANLEY**
Name of Judicial Officer

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT _____

DATE RECEIVED _____     DATE OF ARREST _____

NAME AND TITLE OF ARRESTING OFFICER _____
SIGNATURE OF ARRESTING OFFICER _____