Harvey A. Steinberg
SPRINGER & STEINBERG, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

James A. Patten
PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
2817 Second Avenue North, Suite 300
Billings, MT 59101
(406)252-8500 Telephone
(406)294-9500 Telecopier
japatten@ppbglaw.com

ATTORNEYS FOR DEFENDANT,
TRAVIS HENRY

# IN THE UNITED STATES

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**TRAVIS HENRY,**<br><br>**Defendant.** | **CR 08-123-BLG-RFC**<br><br><br>**MOTION TO TRAVEL TO THE STATE OF GEORGIA** |
|---|---|

The Defendant, Travis Henry, by and through his attorneys, Harvey A. Steinberg of the law firm of Springer and Steinberg, P.C., and James A. Patten, of the law firm of Patten, Peterman, Bekkedahl & Green, P.L.L.C. hereby moves this Court for an Order granting him permission to travel to the State of Georgia for purposes of a domestic relations hearing.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. The Defendant is the Plaintiff in the civil action entitled *Travis Deon Henry v. Jameshia L. Beacham, Case No. 08-CV-7692-3*. That matter is set to be heard in the Superior Court of DeKalb County, State of Georgia.

2. The Court in Georgia has set the above referenced matter for a hearing on the Plaintiff's Petition for Modification of Child Support and Related Issues on November 19, 2008, at 9:30 a.m. (See attached Exhibit A).

3. The Defendant is requesting permission to travel to Georgia to attend the hearing and to comply with that Court's order.

4. The Defendant is compliant with all conditions of pretrial release in this matter. Further, the Defendant is willing to comply with any additional conditions imposed for purposes of this request.

5. Opposing counsel has not been contacted regarding this motion.

WHEREFORE, the Defendant respectfully requests this motion be granted.

**RESPECTFULLY SUBMITTED** this 29th day of October, 2008.

    /s/   Harvey A. Steinberg
Harvey A. Steinberg
SPRINGER & STEINBERG, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

    /s/    James A. Patten
James A. Patten
PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
2817 Second Avenue North, Suite 300
Billings, MT 59101
(406)252-8500 Telephone
(406)294-9500 Telecopier
japatten@ppbglaw.com
ATTORNEYS FOR DEFENDANT,
TRAVIS HENRY

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2008, 2008, a copy of the foregoing was served on the following persons by the following means:

__1,2__ CM/ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1. Clerk, U.S. District Court

2. Joseph Thaggard
   Office of the U.S. Attorney
   901 Front Street, Sutie 1100
   Helena, MT 59626
   (406) 457-5120
   Fax: (406-457-5130
   Email: joseph.thaggard@usdoj.gov

    /s/ James A. Patten
James A. Patten
PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
2817 2nd Avenue North, Suite 300
Billings, MT 59101
Phone: (406) 252-8500
Fax: (406) 294-9500
ATTORNEY FOR DEFENDANT,
TRAVIS HENRY