## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TRAVIS DEON HENRY, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION § |
| JAMESHIA L. BEACHAM, | § FILE NO. 08-CV-7692-3 § § |
| Defendant. | § § |

### RULE NISI

Defendant is hereby ORDERED to appear and show cause before the Honorable Clarence F. Seeliger, Judge of the Superior Court of DeKalb County, State of Georgia, on the __19__ day of __November__, 2008 at __9:30__ __a__.m., as to why the prayers for relief in Plaintiff's *Petition for Modification of Child Support and Related Issues* should not be granted.

SO ORDERED this __2__ day of __Oct__, 2008.

_____
THE HONORABLE CLARENCE F. SEELIGER
JUDGE, DEKALB COUNTY SUPERIOR COURT

Presented by:

Randall M. Kessler
Georgia State Bar No. 004170
**Kessler, Schwarz & Solomiany, P.C.**
Attorneys for Plaintiff
Centennial Tower
101 Marietta Street, Suite 3500
Atlanta, Georgia 30303
(404) 688-8810

EXHIBIT A