RECEIVED
OCT 0 3 2008
FILED USMS Billings

# United States District Court

District of Montana, Billings Division

NOV 10 AM 8 40

PATRICK E. DUFFY, CLERK

BY DEPUTY CLERK

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | CASE NUMBER: CR-08-123-BLG-RFC-01 |
| **TRAVIS HENRY** | (Federal Custody - Colorado) |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **Travis Henry (Federal Custody - Colorado)** and take the arrested person without unnecessary delay before the nearest available federal magistrate judge to answer the Indictment charging him or her with conspiracy to possess cocaine with intent to distribute (Count I) in violation of Title 21, United State Code, Section 846 and possession with intent to distribute cocaine and distribution of cocaine (Counts II & III) in violation of Title 21 United States Code, Section(s) 841(a)(1), Title 18 U.S.C. § 2.

CERTIFIED COPY OF CHARGING DOCUMENT ATTACHED

Assigned to:  Joseph Thaggard
              Assistant U.S. Attorney

Coleen Hanley
Name of Issuing Officer

*Coleen Hanley* (signature)
Signature of Issuing Officer
By Order of Magistrate Judge Jeremiah C. Lynch
**BAIL FIXED AT $0**

DEPUTY CLERK, UNITED STATES DISTRICT COURT
Title of Issuing Officer

October 2, 2008
MISSOULA, MT

**By COLEEN HANLEY**
Name of Judicial Officer

---

|  RETURN  |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT Denver, CO |
| DATE RECEIVED _____   DATE OF ARREST 9-30-2008 |
| NAME AND TITLE OF ARRESTING OFFICER  Rebecca Hill, Crim Program Spec |
| SIGNATURE OF ARRESTING OFFICER  Rebecca Hill for Diane Jenkins, DEA |