**Harvey A. Steinberg**
**SPRINGER AND STEINBERG, P.C.**
**1600 Broadway, Suite 1200**
**Denver, CO 80202**
**(303) 861-2800 Telephone**
**(303) 832-7116 Telecopier**
law@springer-and-steinberg.com

**James A. Patten**
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
**2817 Second Avenue North, Suite 300**
**Billings, MT 59101**
**(406) 252-8500 Telephone**
**(406) 294-9500 Telecopier**
japatten@ppbglaw.com

ATTORNEYS FOR DEFENDANT,
TRAVIS HENRY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

Case No. 08-cr-123-BLG-RFC

UNITED STATES OF AMERICA,

   Plaintiff,

v.

**TRAVIS HENRY** and**,**
JAMES MACK,

   Defendants.

## NOTICE OF EXCEPTIONAL CIRCUMSTANCES

–2–

The Defendant, Travis Henry, by and through his attorneys, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., appearing *Pro Hac Vice* for this case only, hereby advises this Court of his intent to argue that pursuant to 18 U.S.C. 3145(c) there are exceptional circumstances that would allow for his release pending sentencing in this matter.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. This Defendant is currently on a Personal Recognizance bond.

2. Pursuant to 18 U.S.C. 3143, by clear and convincing evidence, the Defendant is not a flight risk and the Government has conceded that point.

3. The Defendant has three pending Court matters set in May concerning child support issues. Unfortunately, the Defendant will be sentenced to some term of incarceration pursuant to his plea. However, the matters have been set in May so they can be resolved prior his incarceration.

4. Once he is incarcerated it will be very difficult, if not impossible, to arrange for his presence at these various hearings. The matters are set for final hearings regarding these outstanding issues.

5. The Defendant attached and incorporates herein by this reference the notice of final hearings concerning these matters.

6. The Defendant believes these are exceptional circumstances in that it is necessary to have these matters resolved prior to the Defendant's incarceration. Wherefore, the Defendant provides the Court with this information prior to the plea hearing set for April 16, 2009.

**DATED THIS 14th DAY OF APRIL, 2009.**

–3–

                                               Respectfully submitted,
                                               s/ Harvey A. Steinberg
                                               Attorney for Defendant
                                               Springer & Steinberg, P.C.
                                               1600 Broadway, Suite 1200
                                               Denver, CO 80202
                                               (303)861-2800 Telephone
                                               (303)832-7116 Telecopier
                                               law@springer-and-steinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2009, I electronically filed the foregoing **NOTICE OF EXCEPTIONAL CIRCUMSTANCES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Joseph Thaggard**
Email: joseph.thaggard@usdoj.gov


                                               s/Brenda Rodriguez
                                               Springer & Steinberg, P.C.
                                               1600 Broadway, Suite 1200
                                               Denver, CO 80202
                                               (303)861-2800 Telephone
                                               (303)832-7116 Telecopier
                                               brodriguez@springer-and-steinberg.com