# United States District Court

### DISTRICT OF MONTANA, BILLINGS DIVISION

FILED
BILLINGS DIV.
2009 MAY 20 PM 1 22

PATRICK E. DUFFY, CLERK

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

BY_____
DEPUTY CLERK

v.

CASE NUMBER: CR-08-123-BLG-RFC-01

**TRAVIS HENRY**
191 Juliana Ridgeway
Auburndale, Florida  33823

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

YOU ARE HEREBY COMMANDED to arrest TRAVIS HENRY and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE charging HIM with VIOLATION OF PRETRIAL RELEASE in violation of Title 18 United States Code, Section 3148(b).

Assigned to: Joseph Thaggard

U.S. DISTRICT COURT CHIEF JUDGE RICHARD F. CEBULL

_/s/ Richard F. Cebull_
Signature of Judicial Officer
Billings, Montana

**BAIL FIXED AT NONE**

Date of Issue: May 7, 2009

| RETURN | |
|---|---|
| DATE RECEIVED: MAY 11 2009 | LOCATION: |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: 5/19/2009 | **DWIGHT MACKAY** <br> **UNITED STATES MARSHAL** |
| LOCATION: 191 JULIANA RIDGEWAY, AUBURNDALE, FL | |
| BY: USMS M/FL   FOR USMS M/FL  _Natt-a.J.L_  Deputy U.S. Marshal | |