**Harvey A. Steinberg**
**SPRINGER AND STEINBERG, P.C.**
**1600 Broadway, Suite 1200**
**Denver, CO 80202**
**(303) 861-2800 Telephone**
**(303) 832-7116 Telecopier**
law@springer-and-steinberg.com

**James A. Patten**
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
**2817 Second Avenue North, Suite 300**
**Billings, MT 59101**
**(406) 252-8500 Telephone**
**(406) 294-9500 Telecopier**
japatten@ppbglaw.com

ATTORNEYS FOR DEFENDANT,
TRAVIS HENRY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

Case No. 08-cr-123-BLG-RFC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**TRAVIS HENRY** and**,**
JAMES MACK,

    Defendants.

---

**NOTICE OF REQUEST FOR VARIANCE**

---

The Defendant, Travis Henry, by and through his attorneys, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby advises this Court that at sentencing, the Defendant will request that the Court vary and impose a sentence lower than the applicable guideline.

**AS GROUND THEREFORE**, the Defendant states as follows:

1. The Defendant is requests leave to seek a variance from the applicable guideline and request a downward departure.

2. The Defendant submits that his conduct in this case was akin to aberrant behavior and not reflective of his true character and further that he is unlikely to commit any new or additional criminal offenses.

3. In this matter, the Defendant was suffering from severe emotional and mental distress surrounding his release from the Denver Broncos and his overwhelming financial obligations.

4. Further, as confirmed by this investigation, Mr. Henry was taken advantage of and was literally duped by his co-defendants.

5. It appears that he was lured into this situation by the co-defendants and was taken advantage of financially. As a result, this became a downward spiral in effort to regain the money stolen from him by his co-defendants.

–3–

6. Perhaps, and more importantly, the Defendant in his life overcame difficult circumstances as a child and through his dedication and hard work was able to gain success in his chosen field.

7. It is anticipated that those character traits will serve him well after his release from incarceration.

8. Pursuant to 18 U.S.C. 3553, after the Court takes into account the factors set forth therein, it is hoped the Court will agree that the Defendant is unlikely to commit further offenses, and that his true character is that of a hard-working dedicated citizen who is deserving of a variance from the applicable sentence pursuant to the guideline's calculation.

9. Additionally, for the Court's review the defendant had included various letters of support.

10. The Defendant will supplement this motion at the time of sentencing.

**DATED THIS 29th DAY OF JUNE, 2009.**

Respectfully submitted,
s/ Harvey A. Steinberg
Attorney for Defendant
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

–4–

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2009, I electronically filed the foregoing **NOTICE OF REQUEST FOR VARIANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Joseph Thaggard**
Email: joseph.thaggard@usdoj.gov

 s/Brenda Rodriguez
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
brodriguez@springer-and-steinberg.com