June 2, 2009

Honorable Judge Cebull,

My name is Karnella Johnson. I am writing to you in hopes of giving you a mother's perspective about my son Travis Henry. Travis will be before you on July 15, 2009. I was told by, Sean Lyle, that you will be deciding the fate of my sons future. In doing so I would like for you to know a little about him. He is not what the news portrays him to be. No one knows him like I do. I was a single mother raising four children on my own. I had to quit school to work so that I can make sure my children had what they needed everyday. I picked oranges in the orange groves for eight hours a day just to support my children. I would come home just to start work all over I again, I would cook, clean make sure the children had baths, homework was completed, and the children were in bed by 9:00pm. I did the best that I could coming from a small town with little opportunity. Even as a young child, Travis always thought of others before himself. I remember coming home late from work and he would always make sure to greet me at the door and take my shoes off and rub my feet. One day while he was rubbing my feet he said, "Momma u ain't gonna to have to do this much longer. I am going to make it in the league one day and I'm going to take care of you." And I laughed! One day he was giving me trouble as most children do. I was stress from a hard day at work and I said, "you aren't going to amount to anything" and he looked at me and said, "I'm going to prove you wrong!" People have been telling him that most of his life, people would pick on him about the way he looked, the color of his skin, and the way that he spoke. This was his encouragement to prove everyone wrong along with myself. Football is the one thing that kept him out of trouble, built his self esteem, and made him happy. Travis was so driven to play football he went to summer school not to pass to the 12 grade, but just to get a better grade to boast his GPA so he can play football his first three games of his senior year. His coach Mr. Marsh told Travis, "If you do not get at least a "C" you will sit out for the first three games." I saw Travis play for the first time as a freshman at Frostproof High School. I knew during that game that my son was not only a

June 2, 2009

good hearted person, but he has a god given talent! That talent is FOOTBALL!! Although my son didn't have a father figure in his life he is a great father to his children. Every year my son would take all his children during every summer vacation, some holidays, and some of his professional games to spend time with them and show them unconditional love. Not only did my son spend time with his children he provided for all his children the best that he could. It hurts me as a mother to hear all the bad publicity about a man who society knows nothing about! Travis never had a big contract until he went to Denver and that's when the negative publicity started from a child support case out of Atlanta. My son was paying between $1,500 to $2,300 a month for child support for all of his children. When he started with the Broncos the women then became greedy and wanted more money. This is where everything started to fall apart for my son. The Broncos were disappointed in hearing the negative publicity about all of the children he had out of wedlock; therefore, judging him which, in my opinion, lead to them letting him go. Once he was cut from the team he was depressed and worried of how he was going to take care of his children, immediate family, and his fiancé. All that my son knows is being a part of a football team. Once he was cut he felt about himself the way that people made him feel when he was growing up, like he had failed himself, his family, and everyone that looked up to him. The situation that has brought my son into your court room is NOT who he is! I feel that he was not prepared for everything an NFL player is subjected to. I appreciate the opportunity of you allowing me to give you an insight on my child's life growing up. I am not making excuses for my son. I know the mistake he made to bring him here in your court room was wrong and so does he. As his mother, I promise you will never see him in a court room before you or any other judge for another situation like this. My son realizes the mistakes he has made and with the help of the lord and family he is correcting those mistakes. I am asking you as a mother to spare my child in hopes of giving him another chance so that he can be with his children and family. Not only is Travis a great son and father but he is genuinely a good person who has

June 2, 2009

beaten many odds. As you and I know Travis until now has had a clean record. Please acknowledge that he is a good man and I pray that you will not let this incident define him. I appreciate your time and thank you for your consideration.

Sincerely,

Karnella Johnson

*Karnella Johnson*

P.S.

I am due soon for knee surgery and I would like to have all of my children at the hospital when I awake.

 

# THOMASVILLE HIGH SCHOOL
315 S. Hansell Street
Thomasville, Georgia 31792
(229) 225-2634

June 4th, 2009

To whom it may concern,

My name is Richard Marsh and I am the head Athletic Director/Head Football Coach at Thomasville High School in Thomasville, Ga. I was the coach at Frostproof High School from 1992 until 1998. While coaching there I was the coach of Travis Henry.

I started my relationship with Travis while he was a freshman at Frostproof. I made a decision to leave Travis on the JV team because the JV coach Stated that Travis had complained of wanting to run the ball more. The following year I made Travis play nose man on defense in an effort to teach him team ball. Well, he ended up teaching me team ball. He did everything I asked of him and earned the right to carry the ball more and ended up breaking the National rushing record as a senior in 1996. Travis displayed a loyalty to his teammates and those closest to him that was sometimes too much.

Travis became a member of my family his sophomore year because he was attracted to the tough Love I thought he needed to be successful. My wife and I spent a lot of time with Travis because he liked being around for some reason. Frostproof was a small town then having about 350 kids in the 9th- 12th grades. I called it a village,

especially with the black community. When Travis and the community found out I cared, it was almost as if I was given a key to all my players' homes.

Travis did not have his father around while he was in high school and his mother did the best she could with four children in the house and three being boys. I want to stop here and say I believe Travis is responsible for every decision he has ever made. I knew him as a leader with a heart of a follower. He has a problem of not saying NO to people and issues that creep up on you in life and cause major stumbling blocks.

In 1996 Travis began his senior year needing to take five out of six major core classes and finish with A's and B's. He also needed to raise his ACT test score from a 14 to an 18. I watched him lock himself in his bedroom and study for a solid year to accomplish these goals all the while he rushed for 4,289 yards during that season. This was a major act of discipline that I believe ended the day he left Frostproof. I am not saying he became sorry, I am saying that that is the time his every need began to be too easy besides the game itself. Travis achieved much after high school on the football field but became bombarded with people sucking anything and everything they could out of him. Travis did not say no and it became worse and worse. I am even talking about some of his closest, so-called friends. Eventually he is where he is today coming in front of a Judge for major judgment of a terrible decision he made.

I did not talk to Travis much after he left the University of Tennessee due to the fact I did not want to be part of the many calling to ask of something and everything. This was a mistake on my part as I feel Travis was a millionaire in this world with no one to be accountable to.

I just know that the Travis Henry I came to know in the 90s is a kid who loved my children, worked for me in the summer of '95 to help me build my house and overcome many obstacles through hard work and perseverance when everyone said he would not ever do anything. I believe Travis can be a young man who helps and encourages young boys in the situation he grew up in to become overachievers if given the chance. I believe the Lord has allowed Travis to go through this to punch him in the mouth, open his eyes and put some major accountability in his life. This is a man I love dearly and would give anything to see him turn his life over to the Lord to thank him for all the many blessings he has been given .Thank you so much for listening to my opinion!

Sincerely,

Coach Richard Marsh