**Harvey A. Steinberg**
**SPRINGER AND STEINBERG, P.C.**
1600 Broadway, Suite 1200
Denver, CO 80202
(303) 861-2800 Telephone
(303) 832-7116 Telecopier
law@springer-and-steinberg.com

**James A. Patten**
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Avenue North, Suite 300
Billings, MT 59101
(406) 252-8500 Telephone
(406) 294-9500 Telecopier
japatten@ppbglaw.com

ATTORNEYS FOR DEFENDANT,
TRAVIS HENRY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

Criminal Case Number 08-CR-00123-BLG-RFC

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**TRAVIS HENRY,**

Defendant.

_____

**MOTION TO CORRECT SENTENCE**

The Defendant, Travis Henry, by and through his attorneys, the law firm of Springer and Steinberg, P.C., hereby moves this Court for a hearing pursuant to 28 U.S.C. § 2255 to determine the issues and make findings of fact and conclusions of law with respect to the issues presented below.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1. This motion is filed timely pursuant to 28 U.S.C. § 2255(f)(4). Which sets a one (1) year limitation on filling a motion under this section from the date on which facts supporting the claim are discoverable.

2. The Defendant was sentenced on July 15, 2009. Pursuant to that sentence, the Defendant entered the Residential Drug Abuse Program [RDAP]. He has been successful in the program. The Defendant was reviewed for early release for his participation in the program on December 31, 2009. The Defendant was denied early release because he had a prior precluding offense listed in 28 C.F.R. § 550.55(b). (see attached). This motion is filed well within one (1) year of December 31, 2009, the date on which the facts supporting this claim occurred.

3. The Defendant, counsel for the Defendant, and the Assistant United States Attorney Joseph Thaggard believed that the Defendant was eligible for early release under 18 U.S.C. § 3621(e).

4. Plea negotiations between counsel for the Defendant and the Assistant United States Attorney would have been different, if it was known at the time of negotiations that the Defendant's prior misdemeanor conviction out of New York would have prohibited his early release under 18 U.S.C. § 3621(e). Perhaps the Defendant's

sentence would have been different, if it was known at the time of sentencing that the Defendant's prior misdemeanor conviction out of New York would have denied him early release under 18 U.S.C. § 3621(e).  The fact that the Defendant's attendance to RDAP was placed specifically into the plea agreement and that this Honorable Court ordered the Defendant to participate in this program is evidence that all parties to this plea agreement thought the Defendant was be eligible for early release due to his participation in the RDAP program at the time of negotiations and sentencing.

5. The Defendant seeks a hearing to correct his sentence to reflect the intentions of all parties. "Unless the motion and files and records of the case conclusively show that the prisoner is entitled to no relief, the court shall cause notice thereof to be served upon the United States Attorney, [and] grant a prompt hearing thereon . . " 28 U.S.C. 2255.

**WHEREFORE**, the Defendant requests this Motion be granted.

**DATED THIS 1st DAY OF September, 2010.**.

Respectfully submitted,

s/Harvey A. Steinberg
 Attorney for Travis Henry
 Springer & Steinberg, P.C.
 1600 Broadway, Suite 1200
 Denver, Colorado 80202
 (303)861-2800 Telephone
 (303)832-7116 Telecopier
 law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2010, I electronically filed the foregoing **MOTION TO CORRECT SENTENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Joseph Thaggard**
Email: joseph.thaggard@usdoj.gov

                                            s/Casey Ambrose
                                            For Harvey A. Steinberg
                                            Attorney for Travis Henry
                                            Springer & Steinberg, P.C.
                                            1600 Broadway, Suite 1200
                                            Denver, CO 80202
                                            (303)861-2800 Telephone
                                            (303)832-7116 Telecopier