```
TRAVIS DEON HENRY(C)
FEDERAL ID. NO. 35920-013
POST OFFICE BOX 5000
YAZOO CITY, MS [39194-5000]
```

*RECEIVED JUN 24 2011 CLERK, U.S. DISTRICT COURT DISTRICT OF MONTANA BILLINGS, MT*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
AT BILLINGS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:08-cr-00123-RFC-1 |
| -AND- | PRIVATE PROPERTY |
| "TRAVIS DEON HENRY(C)1996, ALL RIGHTS RESERVED". | SPECIAL DELIVERY FURTHER DESCRIBED HEREINBELOW. |

NOTICE FOR "APPLICATION FOR
CERTIFICATE OF DISCHARGE OF PROPERTY
FROM FEDERAL TAX LIEN"
BY SPECIAL VISITATION

TO THE HONORABLE JUDGE OF SAID COURT
AND TO ALL INTERESTED PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

COMES NOW, in Special Visitation, "TRAVIS DEON HENRY(C)", by and through his Authorized Representative, i.e. Travis Deon; Henry(c), the living, breathing, sentient Gensman, and provides Notice to this Honorable court and to all interested parties and their attorneys of record of his "APPLICATION FOR CERTIFICATE OF DISCHARGE OF PROPERTY FROM FEDERAL TAX LIEN". Said APPLICATION is attached hereto, incorporated herein by reference and made a part hereof as if fully reproduced, marked Attachment "A".

Thank you for your time, cooperation and understanding. Squarely, take heed and govern yourself accordingly.

Dated: The <u>21st</u> day of <u>June</u>, 2011 A.D.

SIGNED:

TRAVIS DEON HENRY(C)1996,
ALL RIGHTS RESERVED, BY:

*[signature]* (c)1996, All Rights Reserved, the living, breathing, sentient Gensman known by the appellation "Travis Deon; Henry(c)1996, All Rights Reserved," Secured Party and Authorized Representative.

ATTACHMENT FOLLOWS

TDH-06212011-NACD

## Affidavit of Mailing

I, the living, breathing, sentient Gensman known by the appellation "Travis Deon; Henry(c)" do hereby declare as follows:

That I Am over the age of eighteen years, and I hereby certify and affirm that on the 21st day of June, 2011 A.D., I caused an original of:

APPLICATION FOR CERTIFICATE OF
DISCHARGE OF PROPERTY FROM FEDERAL TAX LIEN

together with all accompanying documents and attachments to be placed in a sealed envelope, properly addressed as follows:

DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE,
ADVISORY GROUP MANAGER
DOING BUSINESS AT:
MS 5021DEN
1999 BROADWAY
DENVER, CO [80202-2490]
VIA U.S.P.O. CERTIFIED MAIL RRR # 7009 3410 0000 5060 0926,

and depositing said envelope for personal and special delivery via U.S.P.O. Certified Mail as indicated hereinabove, postage fully pre-paid in the Institution's mailbox at Yazoo City, Mississippi, America.

THEREFORE, I hereby certify, under the pains and penalty of prejury [28 U.S.C.A. § 1746(1)] that the above declaration made by me, outside the United States federal government, is true, correct, complete and certain, not misleading, the truth, the whole truth, and nothing but the truth, in accordance with my spiritual convictions and creed.

_____ (c)1996, All Rights Reserved, the living, breathing, sentient Gensman known by the appellation "Travis Deon; Henry(c)1996, All Rights Reserved," Affiant.

TDH-06212011-AOM