# ATTACHMENT "A"

## "APPLICATION FOR CERTIFICATE OF DISCHARGE OF PROPERTY FROM FEDERAL TAX LIEN"

Form **14135** (June 2010) | Department of the Treasury - Internal Revenue Service | OMB No. 1545-2174

# Application for Certificate of Discharge of Property from Federal Tax Lien

Complete the entire application. Enter NA *(not applicable)*, when appropriate. Attachments and exhibits should be included as necessary. Additional information may be requested of you or a third party to clarify the details of the transaction(s).

**1. Taxpayer Information** *(Individual or Business named on the notice of lien)*:

| Name *(Individual First, Middle Initial, Last)* or *(Business)* as it appears on lien | | Primary Social Security Number *(last 4 digits only)* |
|---|---|---|
| TRAVIS DEON HENRY(C) | | 2643 |
| Name Continuation *(Individual First, Middle Initial, Last)* or *(Business d/b/a)* | | Secondary Social Security Number *(last 4 digits only)* |
| | | |
| Address *(Number, Street, P.O. Box)* | | Employer Identification Number |
| POST OFFICE BOX 5000 | | |
| City | State | ZIP Code |
| YAZOO CITY | MS | [39194] |
| Telephone Number *(with area code)* | Fax Number *(with area code)* | |
| N/A | N/A | |

**2. Applicant Information:** ☐ Check if also the Taxpayer *(If not the taxpayer, attach copy of lien. See Sec.10)*

| Name *(First, Middle Initial, Last)* | | Relationship to taxpayer |
|---|---|---|
| Travis Deon; Henry(c) | | Secured Party/Authorized Representative |
| Address *(Number, Street, P.O. Box)* | | |
| In care of "Vills": posting location<br>191 Juliana Ridgeway | | |
| City | State | ZIP Code |
| Auburndale | Florida state | [near 33823] |
| Telephone Number *(with area code)* | Fax Number *(with area code)* | |
| N/A | N/A | |

**3. Purchase/Transferee/New Owner** ☒ Check if also the Applicant

| | Relationship to taxpayer |
|---|---|
| N/A | |

**4. Attorney/Representative Information** — **Attached:** Form 8821 or Power of Attorney Form 2848 ☐ Yes ☐ No

| Name *(First, Middle Initial, Last)* | | Interest Represented *(e.g. taxpayer, lender, etc.)* |
|---|---|---|
| N/A | | |
| Address *(Number, Street, P.O. Box)* | | |
| | | |
| City | State | ZIP Code |
| | | |
| Telephone Number *(with area code)* | Fax Number *(with area code)* | |
| | | |

**5. Lender/Finance Company Information - or** *(**Settlement/Escrow Company** for applications under Section 6325(b)(3) only)*

| Company Name | Contact Name | Contact Phone Number |
|---|---|---|
| N/A | | |

**6. Monetary Information**

| | |
|---|---|
| **Proposed sales price** | N/A |
| Expected proceeds to be paid to the United States in exchange for the certificate of discharge *(Enter NA if no proceeds are anticipated)* | |

**7. Basis for Discharge:** Check the box below that best addresses what you would like the United States to consider in your application for discharge. *(Publication 783 has additional descriptions of the Internal Revenue Code sections listed below.)*

- ☐ 6325(b)(1) Value of property remaining attached by the lien(s) is at least double the liability of the federal tax lien(s) plus other encumbrances senior to the lien(s)
- ☐ 6325(b)(2)(A) The United States receives an amount not less than the value of the United States' interest. *(**Note:** If you are applying under 6325(b)(2)(A) and are the property owner but not the taxpayer, see also section 16.)*
- ☐ 6325(b)(2)(B) Interest of the United States in the property to be discharged has no value.
- ☐ 6325(b)(3) Proceeds from property sale held in escrow subject to the liens and claims of the United States.
- ☒ 6325(b)(4) Deposit made or bond furnished in an amount equal to the value of the United States' interest. *(**Note:** This selection provides a remedy under 7426(a)(4) for return of deposit but is exclusively for a property owner not named as the taxpayer on the lien)*

**8. Description of property** *(for example, 3 bedroom rental house; 2002 Cessna twin engine airplane, serial number AT91900000000X00; etc.)*:

**SEE:** APPLICATION ATTACHMENT "1", attached hereto, incorporated herein by reference and made a part hereof as if fully reproduced.

**Address of real property** *(If this is personal property, list the address where the property is located)*:

Address *(Number, Street, P.O. Box)*

**SEE:** APPLICATION ATTACHMENT "1"

| City | State | ZIP Code |
|---|---|---|
| | | |

| | | |
|---|---|---|
| **FOR REAL ESTATE:** a legible copy of the deed or title showing the legal description is required | ☐ Attached | ☒ NA |
| **FOR Discharge Requests under Section 6325(b)(1):** copy of deed(s) or title(s) for property remaining subject to the Federal Tax Lien is required | ☐ Attached | ☒ NA |

**9. Appraisal and Valuations**

| | |
|---|---|
| **REQUIRED APPRAISAL**<br>Professional appraisal completed by a disinterested third party | ☒ Attached **SEE:** NOTICE, ATTACHMENT "A" |
| **PLUS** ONE OF THE FOLLOWING ADDITIONAL VALUATIONS: | |
| County valuation of property *(real property)* | ☐ Attached |
| Informal valuation of property by disinterested third party | ☐ Attached |
| Proposed selling price *(for property being sold at auction)* | ☐ Attached |
| Other: IRS FORM(S) 1099-A | ☒ Attached **SEE:** NOTICE, ATTACHMENT "A" |

**AND** for applications under Section 6325(b)(1), valuation information (of the type described above in this section) must also be provided for property remaining subject to the lien.

10. **Copy of Federal Tax Lien(s)** *(Complete if applicant and taxpayer differ)* [X] Attached [ ] No

**OR** list the lien number(s) found near the top right corner on the lien document(s) *(if known)* **SEE:** NOTICE, ATT. "B"

| | | | |
|---|---|---|---|
| | | | |
| | | | |

11. **Copy of the sales contract/purchase agreement** *(if available)* [ ] Attached [ ] No

**OR**

Describe how and when the taxpayer will be divested of his/her interest in the property:

**SEE:** Page 3 of the NOTICE and supporting papers, attached hereto, incorporated herein by reference and made a part hereof as if fully reproduced.

12. **Copy of a current title report** [ ] Attached [ ] No

**OR**

List encumbrances senior to the Federal Tax Lien. Include name and address of holder; description of encumbrance, e.g., mortgage, state lien, etc.; date of agreement; original loan amount and interest rate; amount due at time of application; and family relationship, if applicable ***(Attach additional sheets as needed)***:

**SEE:** Page 1 of the NOTICE and supporting papers, attached hereto, incorporated herein by reference and made a part hereof as if fully reproduced.

13. **Copy of proposed closing statement** ***(aka HUD-1)*** [ ] Attached [ ] No

**OR**

Itemize all proposed costs, commissions, and expenses of any transfer or sale associated with property ***(Attach additional sheets as needed)***:

**SEE:** Attachment "A" and "B" of the NOTICE, attached hereto, incorporated herein by reference and made a part hereof as if fully reproduced.

14. **Additional information** that may have a bearing on this request, such as pending litigation, explanations of unusual situations, etc., is attached for consideration [X] Attached [ ] No

15. **Escrow Agreement** *(For applications under IRC 6325(b)(3))* N/A [ ] Attached [ ] No

Escrow agreement must specify type of account, name and depositary for account, conditions under which payment will be made, cost of escrow, name and address of any party identified as part of escrow agreement, and signatures of all parties involved including Advisory Group Manager. Terms for agreement must be reached before discharge approved.

16. **WAIVER** *(For applications made by third parties under IRC 6325(b)(2))* N/A

If you are applying as an owner of the property and you are not the taxpayer, to have this application considered under section 6325(b)(2), you must waive the rights that would be available if the application were made under section 6325(b)(4). If you choose not to waive these rights, the application will be treated as one made under 6325(b)(4) and any payment will be treated like a deposit under that section. Please check the appropriate box.

**I understand that an application and payment made under section 6325(b)(2) does not provide the judicial remedy available under section 7426(a)(4). In making such an application / payment, I waive the option to have the payment treated as a deposit under section 6325(b)(4) and the right to request a return of funds and to bring an action under section 7426(a)(4).** [ ] Waive [ ] No

17. **Declaration**

Under penalties of perjury, I declare that I have examined this application, including any accompanying schedules, exhibits, affidavits, and statements and to the best of my knowledge and belief it is true, correct and complete.

TRAVIS DEON HENRY(C), BY:
[signature] (c)1996, All Rights Reserved, Authorized Representative — 21st day of June, 2011

Signature/Title — Date

______________________ Signature/Title — ______________ Date

TDH-06212011-ACD

APPLICATION ATTACHMENT "1"

"DESCRIPTION AND ADDRESS OF PROPERTY"

## DESCRIPTION OF PROPERTY
## ADDRESS OF PERSONAL PROPERTY/COLLATERAL

**Description:**

    Asset of "TRAVIS DEON HENRY(C)", Trust/Case No.:
1:08-cr-00123-RFC-1.

**Address:**

    C/O UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA (BILLINGS)
316 N. 26TH STREET
BILLINGS, MT [59101]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

SECRETARY OF THE TREASURY
DEPARTMENT OF THE TREASURY/IRS
ATTN: ADVISORY GROUP MANAGER
DOING BUSINESS AT: MS 5021DEN
1999 BROADWAY
DENVER, CO [80202-2490]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 1a. ORGANIZATION'S NAME | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA |
| OR 1b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX | |
| 1c. MAILING ADDRESS | 316 N. 26TH ST. |
| CITY | BILLINGS |
| STATE | MT |
| POSTAL CODE | 59101 |
| COUNTRY | US |
| 1d. TAX ID #: SSN OR EIN / ADD'L INFO RE ORGANIZATION DEBTOR / 1e. TYPE OF ORGANIZATION / 1f. JURISDICTION OF ORGANIZATION / 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 2a. ORGANIZATION'S NAME | |
| OR 2b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX | |
| 2c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY | |
| 2d. TAX ID #: SSN OR EIN / ADD'L INFO RE ORGANIZATION DEBTOR / 2e. TYPE OF ORGANIZATION / 2f. JURISDICTION OF ORGANIZATION / 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| Field | Value |
|---|---|
| 3a. ORGANIZATION'S NAME | |
| OR 3b. INDIVIDUAL'S LAST NAME | HENRY(C) |
| FIRST NAME | TRAVIS |
| MIDDLE NAME | DEON |
| SUFFIX | |
| 3c. MAILING ADDRESS | 191 JULIANA RIDGEWAY |
| CITY | AUBURNDALE |
| STATE | FL |
| POSTAL CODE | 33823 |
| COUNTRY | US |

4. This FINANCING STATEMENT covers the following collateral:

**NOTICE OF SPECIAL DEPOSIT UNDER TRUST AND FOR DISCHARGE, RELEASE AND RECONVEYANCE BY SPECIAL VISITATION**

**Reference and Property/Collateral Description:**

Trust/Case No. 1:08-cr-00123-RFC-1 in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, Billings, MT; UNITED STATES OF AMERICA -AND- "TRAVIS DEON HENRY(C)".

(CONTINUED ON ATTACHED PAGES)

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☒ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☒ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

All Rights Reserved, by:
[signature] (c), Agent



TDH-06212011-NDTD

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

"NOTICE TO THE PUBLIC"
Read the following Notice and attached pages ACCEPTED FOR VALUE and incorporated herein by reference as if fully reproduced

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☒ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

TDH-06212011-NDTD

Payee/
Recipient:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA (BILLINGS) AND UNITED STATES OF AMERICA

I, Travis Deon; Henry(c), herein "The Settlor", do hereby solemnly affirm, depose and declare by signature that The Settlor can competently state the matters set forth herewith; have personal first-hand knowledge of the facts stated herein; and all the facts stated herein are true, correct, complete, and certain, admissible as evidence, and not misleading, and in accordance with The Settlor's sincerely held spiritual convictions and creed.

BACKGROUND

The Settlor is the contributing beneficiary to original Jurisdiction, the secured party, superior claimant, holder-in-due-course and principal creditor of UNITED STATES, and all other sub-corporations, public and private, with a PRE-PAID EXEMPT status and a registered priority perfected secured lien hold interest to all property held in the name of "TRAVIS DEON HENRY(C)" as evidenced by UCC Financing Statement No. 201104066252 as the testimony of the Secretary of State, Florida. See: a true and correct copy of The Settlor's Statement of Beneficial Interest, attached hereto, incorporated herein by reference and made a part hereof as if fully reproduced, marked Attachment "A".

The Settlor is the source, origin, substance, and being from which the existence of legal fiction "TRAVIS DEON HENRY(C)", No. XXX-XX-2643 is derived, constituting The Settlor's "preexisting claim", and the basis upon which said legal fiction functions as a Trust and as a Transmitting Utility, i.e. serves as a conduit, for The Settlor's benefit, granting The Settlor capacity for interacting, contracting, and exchanging goods and services in commerce with other artifical/juristic persons. The Settlor is also the source of said legal fiction's assets via the sentient existence, exercise of faculties, and labor of The Settlor, which provides valuable consideration sufficient for supporting any contract whatsoever that said legal fiction may execute and concerning which said legal fiction may be regarded as bound. And, The Settlor provides the security for payment of all sums now due and owing, and as might become due and owing, by said legal fiction.

Additionally, said legal fiction indemnifies, defends and holds The Settlor harmless from and against any and all liability, claims, demands, orders, summonses, warrants, judgments, damages, costs, losses, liens, levies, depositions, lawsuits, legal actions, penalties, fines, interests, and expenses whatsoever, both absolute and contingent, due and as might become due, now existing and hereafter arising, howsoever evidenced, suffered, incurred by, and imposed on said legal fiction, and for whatever

reason, purpose, and cause whatsoever. And, it is expressly acknowledged, consented and agreed to that The Settlor cannot and must not, under any circumstance, nor in any manner whatsoever, be deemed or considered an accommodation party, nor a surety for said legal fiction or any juristic person.

All of said legal fiction's property is exempt from levy and third party lien and held for benefit of The Settlor pursuant to the privately held Security Agreement, not dischargeable in bankruptcy court and in possession of said legal fiction and The Settlor.

Furthermore, under said Trust, The Settlor is the "GRANTOR" and the "ORIGINAL BENEFICIARY", and TIMOTHY GEITHNER, Secretary of the Treasury (and his successors) is the designated "TRUSTEE". The fiduciary obligation of the Secretary of the Treasury arises out of want of consideration for the pledge and by redemption of the pledge under Public Resolution, HJR-192 of June 5, 1933, i.e. Public Law 73-10 and Guaranty Trust Co. of NY v. Henwood et al., 307 U.S. 247 (FN3) and is represented by any claim accepted by said Trust.

SUMMARY OF EXECUTION AND TERMINATION OF

TRUST-CASE NO. 1:08-cr-00123-RFC-1

The Settlor signed for said legal fiction under a Trust No. 1:08-cr-00123-RFC-1 pursuant to a Judgment Deed dated July 15, 2009 and docketed on July 16, 2009 as Docket Entry No. 75 in the official records of the office of the Clerk of the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA in YELLOWSTONE County, Montana. See: a true and correct copy of the Judgment Deed, attached hereto, incorporated herein by reference and made a part hereof as if fully reproduced, marked Attachment "B".

Legal fiction, "TRAVIS DEON HENRY(C)", herein "BAILOR", was named as DEFENDANT (GRANTOR) under the Judgment Deed (trust) prepared and presented by UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, BILLINGS as Trustee, herein "BAILEE".

BAILOR as DEFENDANT-GRANTOR entrusted the Judgment Deed as a Bailment to be held by the BAILEE until case no. 1:08-cr-00123-RFC-1 was paid to Plaintiff, UNITED STATES OF AMERICA as the "BENEFICIARY".

The Judgment Deed stated the BAILOR as DEFENDANT-GRANTOR granted all property and rights in property of DEFENDANT-GRANTOR, to the BENEFICIARY, which became the property of the BENEFICIARY as the GRANTEE.

The Settlor signed and sealed a Draft for the BAILOR evidencing consideration, and delivered it to the BAILEE for a special deposit under trust and who accepted the Draft as payment for the hereinabovesaid case based upon The Settlor's prepaid exempt status. See: a true and correct copy of the Draft,

attached hereto, incorporated herein by reference and made a part hereof as if fully reproduced, marked Attachment "A".

Thereby, the purported debt, duty, obligation, liability, and the like intended as obligating BAILOR as DEFENDANT-GRANTOR, and any and all alleged debt/obligation claimed and allegedly owed in favor of BENEFICIARY, UNITED STATES OF AMERICA, as per the Judgment Deed, was fully discharged, satisfied and extinguished.

The BAILEE as Trustee has inadvertently failed to register the Draft - Special Deposit under trust and therefore the Secretary of State, California as Public Fiduciary will register and deliver this security to the BENEFICIARY'S AGENT as evidence that the hereinabovesaid case has been discharged for the public record, and that the trust has been executed and hereby terminated, in favor of BAILOR, warranting BENEFICIARY'S certification of the discharge and release; and BAILEE'S disbursement, upon BAILEE'S conversion of trust assets to United States funds, and full reconveyance.

The BENEFICIARY'S AGENT shall have thirty (30) days to record a CERTIFICATION OF DISCHARGE AND RELEASE and FULL RECONVEYANCE to original GRANTOR. If said certification and a full reconveyance is not recorded, The Settlor will be divested of His secured beneficial interest in any and all of BAILOR'S property and rights in property, unlawfully. Additionally, The Settlor will become divested of His beneficial interest when the discharge is not acknowledged, and such divestment constitutes tax fraud and other felonies; results in The Settlor's loss and full enjoyment and free exercise of His life, personal liberty and property via incarceration, fine and other unconscionable means; and gives rise to a claim and cause of action under Title 26 § 7432, and the regulations promulgated thereunder.

**SELF-EXECUTING CONTRACT IN EVENT OF BENEFICIARY'S FAILURE TO RECORD CERTIFICATION AND FULL RECONVEYANCE**

In event the hereinabovesaid CERTIFICATION and FULL RECONVEYANCE is not recorded by BENEFICIARY within thirty (30) days constitutes BENEFICIARY'S indirect confession and confession of judgment, liability, and intentional cause of damage and injury to original GRANTOR and The Settlor; and contractually binds BENEFICIARY, and signifies that BENEFICIARY, by tacit procuration, consents and agrees: (1) that the Notary named hereinbelow may issue a Certificate of Discharge, Release and Reconveyance, and said Certificate may be used as evidence of a private default judgment in estoppel against BENEFICIARY, and deemed BENEFICIARY'S admission of indirect confession and confession of judgment, liability and intentional cause of damage and injury to original GRANTOR and The Settlor; (2) that BENEFICIARY authenticates the Notary's certificate; (3) that BENEFICIARY authorizes The Settlor to record the Notary's certificate and a reconveyance in

BENEFICIARY'S behalf; (4) that BENEFICIARY authorizes the filing of the Notary's certificate and the reconveyance in the recording office of the Secretary of State and the appropriate Clerk of Court; (5) that The Settlor may cause to be filed an Administrative Claim for damages and BENEFICIARY will compensate original GRANTOR and The Settlor for any and all costs, attorney fees, and actual, direct economic damages sustained by original GRANTOR and The Settlor; (6) that any and all such filings referenced in paragraph "(4)" and "(5)" above, and any such claim of original GRANTOR and The Settlor referenced in paragraph "(5)" above may not be considered bogus and or frivolous, and BENEFICIARY will not claim that any such filing or claim is bogus or frivolous; and (7) that BENEFICIARY waives any and all rights and defenses, including BENEFICIARY'S right to a hearing; and BENEFICIARY may not argue, contest, controvert, protest, or dispute any facts which operate in favor of original GRANTOR and The Settlor.

Dated: The 21st day of June, 2011 A.D.

In Peace and Light....
I Am.

(c)1996, All Rights Reserved, the living, breathing, sentient Gensman known by the appellation "Travis Deon; Henry(c)1996, All Rights Reserved," The Settlor, Secured Party and Authorized Representative for legal fiction "TRAVIS DEON HENRY(C)1996, ALL RIGHTS RESERVED".

## VERIFICATION AND CERTIFICATION

I, Travis Deon; Henry(c), Common Law trade-name/trademark copyright(c)1996, a living, breathing, sentient, flesh-and-blood Gensman, affirm, declare and depose, under penalty of perjury, that I Am competent to state the matters set forth herein and in the foregoing and have personal first-hand knowledge of all the facts stated herein and therein; that I have scribed, read and examined the facts contained herein and therein, including any accompanying documents and attachments; and, that such are true, correct, complete and certain, admissible as evidence, not misleading, the truth, the whole truth, and nothing but the truth in accordance with My own belief, spiritual convictions and creed.

Dated: The 21st day of June, 2011 A.D.

Signed and Sealed.
I Am.

_______________(c)1996, All Rights Reserved, the living, breathing, sentient Gensman known by the appellation "Travis Deon; Henry(c)1996, All Rights Reserved," Affiant.

TESTEES' ACKNOWLEDGMENT

Mississippi state )
) Signed and Affirmed.
Yazoo county )

On this 21st day of June, 2011 A.D., Travis Deon; Henry(c) came before Us, the belowsigned Testees, in and for the People of Mississippi state, personally known to Us (or proved to Us with satisfactory evidence), and in Our presence, under oath declared the truth of the foregoing as a free act and deed. Travis Deon; Henry(c) affirms under penalty of perjury that all of the foregoing information herein and hereto is the truth, the whole truth, and nothing but the truth, and is based upon His own personal and first hand knowledge and belief.

Duly affirmed to and subscribed before Us, We therefore, set forth Our hands in affirmation of the execution thereof.

Pursuant to the laws of The united States of America, under penalty of perjury, We affirm that the foregoing statement made by Us is the truth, the whole truth and nothing but the truth.

Dated: The 21st Day of June, 2011 A.D.

_______________, Teste

_______________, Teste

_______________, Teste

NOTARY PUBLIC INFORMATION AND IDENTIFICATION:

ELWAINE BARRETT, NOTARY PUBLIC
2521 N. DURHAM
HOUSTON, TX 77008
UNITED STATES

NOTICE
ATTACHMENT "A"

"DRAFT - SPECIAL DEPOSIT"

"IRS REPORT" AND

"STATEMENT OF BENEFICIAL INTEREST"

# Affidavit of Mailing

I, the living, breathing, sentient Gensman known by the appellation **"Travis Deon; Henry(c)"** do hereby declare as follows:

That I am over the age of eighteen years, and I hereby certify and affirm that on the 26TH day of **April, 2011 A.D.**, I caused an original of:

**CONSTRUCTIVE NOTICE - AFV/RFV and PAYMENT INSTRUMENT,**
**IRS REPORT - FORMS 1096, 1099-OID, 1099-A and 1040-V, and**
**SECURED PARTY'S STATEMENT OF INTEREST**

to be placed in a sealed envelope(s) with all accompanying documents and attachments, properly addressed as follows:

UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, WILLIAM W. MERCER DBA U.S. ATTORNEY, JOSEPH THAGGARD DBA ASSISTANT U.S. ATTORNEY, AND E. VINCENT CARROLL DBA ASSISTANT U.S. ATTORNEY, **DOING BUSINESS AT:** OFFICE OF THE U.S. ATTORNEY, PAUL G. HATFIELD U.S. COURTHOUSE, 901 FRONT STREET, SUITE 1100, HELENA, MT [59626], **VIA U.S.P.O. REGULAR MAIL;**

DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, **DOING BUSINESS AT:** [redacted], AUSTIN, TX [73301], **VIA U.S.P.O. REGULAR MAIL;**

[redacted]), DEPARTMENT [redacted] **AT:** MS 5021DEN [redacted] 2490], **VIA U.S.P.O.** [redacted] **MAIL RRR #** [redacted]

[redacted] JUDGE, AND CAROLYN S. OSTBY DBA [redacted] **AT:** BATTIN FEDERAL BUILDING, ROOM 5428, [redacted], BILLINGS, MT [59101], **VIA U.S.P.O. REGULAR MAIL;**

**-AND-**

PATRICK DUFFY DBA CLERK, AND UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA AT BILLINGS, **DOING BUSINESS AT:** ROOM 5405, BATTIN FEDERAL BUILDING, 316 N. 26TH STREET, BILLINGS, MT [59101], **VIA U.S.P.O. REGULAR MAIL,**

and depositing said envelope(s) for personal and special delivery via U.S.P.O. Regular/Certified Mail as indicated hereinabove, postage fully pre-paid in the Institution's mailbox at **Yazoo City, Mississippi, America.**

**THEREFORE**, I hereby certify, knowing the pains and penalty of perjury [28 U.S.C.A. § 1746(1)] that the above declaration made by me, outside the United States federal government, is true, correct, complete and certain, not misleading, the truth, the whole truth, and nothing but the truth, in accordance with my spiritual convictions and creed.

_______________(c)1996, All Rights Reserved, the living, breathing, sentient Gensman known by the appellation "Travis Deon; Henry(c) 1996, All Rights Reserved," Affiant.



7008 3230 0000 8339 2802

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

APR 26 2011

Postmark Here

APR 26 2011

Sent To ADVISORY GROUP DEPT. OF THE TREASURY/IRS
Street, Apt. No.; or PO Box No. 1999 BROADWAY, MS 5021DEN
City, State, ZIP+4 DENVER, CO [80202-2490]

PS Form 3800, August 2006 See Reverse for Instructions

7008 3230 0000 8339 2901

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

APR 26 2011

Postmark Here

Sent To PATRICK DUFFY DBA CLERK/USDC DIST. OF MT
Street, Apt. No.; or PO Box No. 316 N. 26TH ST., ROOM 5405
City, State, ZIP+4 BILLINGS, MT [59101]

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PATRICK DUFFY DBA CLERK, AND
UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA AT BILLINGS
DOING BUSINESS AT:
BATTIN FEDERAL BUILDING
316 N. 26TH ST., ROOM 5405
BILLINGS, MT [59101]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Karen Jarussi ☒ Agent ☐ Addressee

B. Received by (Printed Name) Karen Jarussi

C. Date of Delivery 4/29/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 3230 0000 8339 2901

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ADVISORY GROUP
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
TECHNICAL SERVICES
(COLLECTION AND INSOLVENCY)
DOING BUSINESS AT:
1999 BROADWAY, MS 5021DEN
DENVER, CO [80202-2490]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Krista Jensen ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 4/29/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 3230 0000 8339 2802

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
JAMES F. BATTIN UNITED STATES COURTHOUSE, ROOM 5405
316 NORTH 26TH STREET
BILLINGS, MONTANA 59101

OFFICIAL BUSINESS

Hasler
02/15/2011
US POSTAGE
FIRST-CLASS MAIL
$00.61º
ZIP 59101
011D11609957

NON-NEGOTIABLE
CONSTRUCTIVE NOTICE
SPECIAL VISITATION
ACCEPTED FOR VALUE AND
RETURNED FOR VALUE BY DRAWEE

Travis Henry
#35920013
FCI Yazoo City Low
P. O. Box 5000
Yazoo, MS 39194

B050

PSL

**U.S. District Court**
**District of Montana (Billings)**
**CRIMINAL DOCKET FOR CASE #: 1:08-cr-00123-RFC-1**

NON-NEGOTIABLE CONSTRUCTIVE NOTICE BY SPECIAL VISITATION IN EXCHANGE ACCEPTED FOR VALUE AND RETURNED FOR VALUE BY DRAWEE SETTLEMENT FOR DISCHARGE AND FULL ACCOUNTING AND CLOSURE OF THIS MATTER'S UNDERSIGNED AND COMPENSATION DUE THE AND ADJUSTMENT AS OPERATION OF LAW (SET-OFF) SAME FOR REFUND DEPOSIT TO UNITED STATES TREASURY FOR TAX TO TRAVIS DEON HENRY(C) AND CHARGE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA.

ADJUST AND CLOSE THIS ACCOUNT AND RELEASE THE DETAINER AND ALL PROCEEDS, PRODUCTS, ACCOUNTS, BAGGAGE AND FIXTURES, AND THE ORDERS OF THE COURT TO ME, IMMEDIATELY, WITHIN THREE (3) DAYS, Z, NUNC PRO TUNC, (72) HOURS FROM THE POSTMARK OF IN ACCORDANCE WITH THE REGULATION SETTLEMENT OF RETAIL AGREEMENTS.

EXEMPT FROM LEVY PRIORITY - PREFERRED STOCK PAID - per IRS Pub. 1150

Case title: USA v. Henry et al
Related Case: 1:10-cv-00106-RFC

Date Filed: 10/01/2008
Date Terminated: 07/16/2009

Assigned to: Judge Richard F. Cebull

**Defendant (1)**

**Travis Henry**
*TERMINATED: 07/16/2009*

represented by **James A. Patten**
PATTEN PETERMAN BEKKEDAHL & GREEN
2817 Second Ave North
Suite 300
Billings, MT 59101
406-252-8500
Fax: 406-294-9500
Email: japatten@ppbglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Harvey A. Steinberg**
SPRINGER & STEINBERG
1600 Broadway
Suite 1200
Denver, CO 80204
303-861-2800
Fax: 303-832-7116
Email: law@springer-and-steinberg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

TRAVIS DEON HENRY(C)1996, ALL RIGHTS RESERVED, BY: Travis Deon Henry, (c)1996, the sentient General being known by the appellation "Travis Deon Henry(c)1996, All Rights Reserved," Secured Party and Authorized Representative

EXEMPTION VALUE: $270,000,000 DATE: Apr 11 1890

UNITED STATES OF AMERICA } ss.
DISTRICT OF MONTANA

I, PATRICK E. DUFFY, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office
Dated the 15th day of Feb. 20[illegible]
PATRICK E. DUFFY Clerk
By [signature] Deputy

**Pending Counts**

21:846=CD.F: CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE and PINKERTON THEORY APPLIES
(1)

21:841A=CD.F: CONTROLLED SUBSTANCE - SELL, DISTRIBUTE,

**Disposition**

Defendant sentenced to BOP for 36 months; supervised release of 5 years; no fine; special assessment of $100



MONEY ORDER

April 23, 2011 A.D.

Pay Two Hundred Seventy Million Dollars ($270,000,000.00).
Pay to the United States Treasury and
Charge the same to UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
316 N. 26TH STREET, BILLINGS, MT [59101].
MEMO. ACCOUNT NO.: 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.

(c)1996,
All Rights Reserved, the living, breathing,
sentient Gensman known by the appellation
"Travis Deon; Henry(c)1996, All Rights
Reserved," Secured Party and Authorized
Representative for legal fiction "TRAVIS
DEON HENRY(C)1996, ALL RIGHTS RESERVED".



Do Not Staple 6969

Form **1096**

Department of the Treasury
Internal Revenue Service

# Annual Summary and Transmittal of U.S. Information Returns

OMB No. 1545-0108

**2010**

FILER'S name

TRAVIS DEON HENRY(C)

Street address (including room or suite number)

POST OFFICE BOX 5000
YAZOO CITY, MS [39194]

City, state, and ZIP code

| Name of person to contact | Telephone number | For Official Use Only |
|---|---|---|
| Travis Deon; Henry(c) | ( ) N/A | |
| Email address | Fax number | |
| N/A | ( ) N/A | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 263872643 | 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 | 2 | $ | $ |

6 Enter an "X" in only one box below to indicate the type of form being filed.

7 If this is your **final return,** enter an "X" here . . . . ▶ ☐

| W-2G 32 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-H 71 | 1099-INT 92 | 1099-LTC 93 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.

[illegible] true, [illegible]

[illegible]

[illegible] 5498, 8935, [illegible] electronically.

**Purpose of form.** Use this form to transmit paper Forms 1098, 1099, 3921, 3922, 5498, and W-2G to the Internal Revenue Service. Do not use Form 1096 to transmit electronically. For electronic submissions, see Pub. 1220, Specifications for Filing Forms 1098, 1099, 3921, 3922, 5498, 8935, and W-2G Electronically.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2010 General Instructions for Certain Information Returns.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1098, 1099, 3921, 3922, 5498, or W-2G. A filer is any person or entity who files any of the forms shown in line 6 above.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1096, use it to transmit paper Forms 1098, 1099, 3921, 3922, 5498, and W-2G to the Internal Revenue Service. If any of the preprinted information is incorrect, make corrections on the form.

[illegible] follows.

- With Forms 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2011.
- With Forms 5498, 5498-ESA, or 5498-SA, file by May 31, 2011.

## Where To File

Send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following three-line address |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |

**For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns.** Cat. No. 14400O Form **1096** (2010)

8080 ☐ VOID ☒ CORRECTED

| LENDER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0877 **2010** Form 1099-A | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| TRAVIS DEON HENRY(C)<br>POST OFFICE BOX 5000<br>YAZOO CITY, MS [39194] | | | |
| LENDER'S federal identification number: 35920-013 | BORROWER'S identification number: [UNKNOWN] | 1 Date of lender's acquisition or knowledge of abandonment: 04/23/2011 | 2 Balance of principal outstanding: $270,000,000.00 |
| BORROWER'S name: UNITED STATES DISTRICT COURT DISTRICT OF MONTANA (BILLINGS) | | 3 | 4 Fair market value of property: $270,000,000.00 |
| Street address (including apt. no.): 316 NORTH 26TH STREET, ROOM 5405 | | 5 Was borrower personally liable for repayment of the debt? ☒ Yes ☐ No | |
| City, state, and ZIP code: BILLINGS, MT [59101] | | 6 Description of property: Instrument issued on Account | |
| Account number (see instructions): 1:08-cr-00123-RFC-1 | | | |

**Copy A For Internal Revenue Service Center** File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the **2010 General Instructions for Certain Information Returns.**

Form **1099-A** Cat. No. 14412G Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

8080 ☐ VOID ☒ CORRECTED

| LENDER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0877 **2010** Form 1099-A | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| TRAVIS DEON HENRY(C)<br>POST OFFICE BOX 5000<br>YAZOO CITY, MS [39194] | | | |
| [illegible] | BORROWER'S identification number: [illegible] | 1 Date of lender's acquisition or knowledge of abandonment: [illegible] | 2 Balance of principal outstanding: $270,000,000.00 |
| [illegible] | | 3 | 4 Fair market value of property: $270,000,000.00 |
| [illegible] | | 5 Was borrower personally liable for repayment of the debt? ☒ Yes ☐ No | |
| [illegible] | | 6 Description of property: Instrument issued on Account | |
| Account number (see instructions): 1:08-cr-00123-RFC-1 | | | |

**Copy A For Internal Revenue Service Center** File with Form 1096. **2010 General Instructions for Certain Information Returns.**

Form **1099-A** Cat. No. 14412G Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

8080 ☒ VOID ☐ CORRECTED

| LENDER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0877 **2010** Form 1099-A | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S federal identification number | BORROWER'S identification number | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding $ |
| BORROWER'S name | | 3 | 4 Fair market value of property $ |
| Street address (including apt. no.) | | 5 Was borrower personally liable for repayment of the debt? ☐ Yes ☐ No | |
| City, state, and ZIP code | | 6 Description of property | |
| Account number (see instructions) | | | |

**Copy A For Internal Revenue Service Center** File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the **2010 General Instructions for Certain Information Returns.**

Form **1099-A** Cat. No. 14412G Department of the Treasury - Internal Revenue Service

Do Not Staple 6969 Case 1:08-cr-00123-DWM-CSO Document 85-1 Filed 06/24/11 Page 22 of 27

Form **1096**

Department of the Treasury Internal Revenue Service

# Annual Summary and Transmittal of U.S. Information Returns

OMB No. 1545-0108

**2010**

FILER'S name

TRAVIS DEON HENRY(C)

Street address (including room or suite number)

POST OFFICE BOX 5000
YAZOO CITY, MS [39194]

City, state, and ZIP code

**For Official Use Only**

| Name of person to contact | Telephone number |
|---|---|
| Travis Deon; Henry(c) | ( ) N/A |
| Email address | Fax number |
| N/A | ( ) N/A |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 263872643 | 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 | 2 | $540,000,000.00 | $540,000,000.00 |

6 Enter an "X" in only one box below to indicate the type of form being filed. 7 If this is your **final return**, enter an "X" here ▶ ☐

| W-2G 32 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-H 71 | 1099-INT 92 | 1099-LTC 93 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ [signature] Title ▶ Authorized Representative for: TRAVIS DEON HENRY(C) Date ▶ 04/23/2011

**Reminder.** The only acceptable method of filing information returns with Enterprise Computing Center—Martinsburg (ECC—MTB) is electronically through the FIRE system. See Pub. 1220, Specifications for Filing Forms 1098, 1099, 3921, 3922, 5498, 8935, and W-2G Electronically.

**Purpose of form.** Use this form to transmit paper Forms 1098, 1099, 3921, 3922, 5498, and W-2G to the Internal Revenue Service. Do not use Form 1096 to transmit electronically. For electronic submissions, see Pub. 1220, Specifications for Filing Forms 1098, 1099, 3921, 3922, 5498, 8935, and W-2G Electronically.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2010 General Instructions for Certain Information Returns.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1098, 1099, 3921, 3922, 5498, or W-2G. A filer is any person or entity who files any of the forms shown in line 6 above.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1096, use it to transmit paper Forms 1098, 1099, 3921, 3922, 5498, and W-2G to the Internal Revenue Service. If any of the preprinted information is incorrect, make corrections on the form.

If you are not using a preaddressed form, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 as follows.

- With Forms 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2011.
- With Forms 5498, 5498-ESA, or 5498-SA, file by May 31, 2011.

## Where To File

Send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following three-line address |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |

**For more Information and the Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns.** Cat. No. 14400O Form **1096** (2010)

VOID [X] CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2010 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| TRAVIS DEON HENRY(C) POST OFFICE BOX 5000 YAZOO CITY, MS[39194] | $ 270,000,000.00 | 2010 | |
| | 2 Other periodic interest $-0- | Form 1099-OID | |
| PAYER'S federal identification number 35920-013 / RECIPIENT'S identification number [UNKNOWN] | 3 Early withdrawal penalty $-0- | 4 Federal income tax withheld $ 270,000,000.00 | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name UNITED STATES DISTRICT COURT DISTRICT OF MONTANA (BILLINGS) | 5 Description PAY TO THE UNITED STATES TREASURY 1040-V ATTACHED CASE NO. 1:08-cr-00123-RFC-1 | | File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| Street address (including apt. no.) 316 NORTH 26TH STREET, ROOM 5405 | 6 Original issue discount on U.S. Treasury obligations $-0- | | |
| City, state, and ZIP code BILLINGS, MT [59101] | 7 Investment expenses $-0- | | |
| Account number (see instructions) 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 / 2nd TIN not. [ ] | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

9696 [ ] VOID [X] CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2010 | OMB No. 1545-0117 | |
|---|---|---|---|
| TRAVIS DEON HENRY(C) POST OFFICE BOX 5000 YAZOO CITY, MS [39194] | $270,000,000.00 | [illegible] | |
| | 2 [illegible] $-0- | Form [illegible] | |
| PAYER'S federal identification number [illegible] / RECIPIENT'S identification number [illegible] | 3 Early withdrawal penalty [illegible] | [illegible] | |
| RECIPIENT'S name UNITED STATES OF AMERICA | TREASURY 1040-V ATTACHED CASE NO. 1:08-cr-00123-RFC-1 | | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. |
| Street address (including apt. no.) 901 FRONT STREET, SUITE 1100 | 6 Original issue discount on U.S. Treasury obligations $-0- | | |
| City, state, and ZIP code HELENA, MT, [59626] | 7 Investment expenses $-0- | | |
| Account number (see instructions) 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 / 2nd TIN not. [ ] | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

9696 [X] VOID [ ] CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2010 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| | $ | 2010 | |
| | 2 Other periodic interest $ | Form 1099-OID | |
| PAYER'S federal identification number / RECIPIENT'S identification number | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center |
| RECIPIENT'S name | 5 Description | | File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations $ | | |
| City, state, and ZIP code | 7 Investment expenses $ | | |
| Account number (see instructions) / 2nd TIN not. [ ] | | | |

Form 1099-OID Cat. No. 14421R Department of the Treasury - Internal Revenue Service

GPO U.S. GOVERNMENT PRINT

# 2010 Form 1040-V

Department of the Treasury
Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2010 Form 1040, Form 1040A, or Form 1040EZ. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

- Make your check or money order payable to the "United States Treasury." Do not send cash.
- [illegible] your
- Enter your daytime phone number and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return. Also enter "2010 Form 1040," "2010 Form 1040A," or "2010 Form 1040EZ," whichever is appropriate.
- To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX xx/100").

## How To Send In Your 2010 Tax Return, Payment, and Form 1040-V

- Detach Form 1040-V along the dotted line.
- Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.
- Mail your 2010 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

Cat. No. 20975C Form **1040-V** (2010)

▼Detach Here and Mail With Your Payment and Return▼

Form **1040-V** Department of the Treasury Internal Revenue Service (99)

**Payment Voucher**

► **Do not staple or attach this voucher to your payment or return.**

OMB No. 1545-0074 **2010**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 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 | | | $270,000,000 | 00 |

Print or type

| 4 Your first name and initial | Last name |
|---|---|
| TRAVIS DEON | HENRY(C) |
| If a joint return, spouse's first name and initial | Last name |
| | |

| Home address (number and street) | Apt. no. |
|---|---|
| POST OFFICE BOX 5000 | |

City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.)
YAZOO CITY, MS [39194]

For Paperwork Reduction Act Notice, see your tax return instructions. Cat. No. 20975C

# 2010 Form 1040-V

Department of the Treasury
Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2010 Form 1040, Form 1040A, or Form 1040EZ. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

- Make your check or money order payable to the "United States Treasury." Do not send cash.
- [illegible] on your
- Enter your daytime phone number and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return. Also enter "2010 Form 1040," "2010 Form 1040A," or "2010 Form 1040EZ," whichever is appropriate.
- To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX xx/100").

## How To Send In Your 2010 Tax Return, Payment, and Form 1040-V

- Detach Form 1040-V along the dotted line.
- Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.
- Mail your 2010 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

Cat. No. 20975C — Form **1040-V** (2010)

▼Detach Here and Mail With Your Payment and Return▼

Form **1040-V** — Department of the Treasury, Internal Revenue Service (99)

**Payment Voucher**

► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074 — **2010**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 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 | | | $270,000,000 | 00 |

Print or type

4 Your first name and initial: TRAVIS DEON — Last name: HENRY(C)

If joint return, spouse's first name and initial: — Last name:

Home address (number and street): POST OFFICE BOX 5000 — Apt. no.:

City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.): YAZOO CITY, MS [39194]

For Paperwork Reduction Act Notice, see your tax return instructions. — Cat. No. 20975C

FLORIDA SECURED TRANSACTION REGISTRY

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

TRAVIS DEON HENRY(C)1996,
#35920-013
POST OFFICE BOX 5000
YAZOO CITY, MS [39194]
UNITED STATES

# FILED

## 2011 Feb 15 AM 08:00

**** 201104066252 ****

***C * 01281123838701-46.00***46.00***

***C * 02151124353601-37.00***37.00***

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | HENRY(C)1996 | TRAVIS | DEON | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 191 JULIANA RIDGEWAY | AUBURNDALE | FL | 33823 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE 1e. TYPE OF ORGANIZATION ORGANIZATION DEBTOR | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| XXX-XX-2643 | | | 35920-013 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | HENRY(C)1996 - TRADENAME | TRAVIS | DEON | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 191 JULIANA RIDGEWAY | AUBURNDALE | FL | 33823 | US |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE 2e. TYPE OF ORGANIZATION ORGANIZATION DEBTOR | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| XXX-XX-2643 | | | 35920-013 | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | Henry(c)1996 | Travis | Deon; | |

| 3c. MAILING ADDRESS In care of "Vills": | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 191 Juliana Ridgeway | Auburndale | Fla. | [near 33823] | USA |

4. This FINANCING STATEMENT covers the following collateral:

This is the entry of the Debtor(s) in the Commercial Registry and the following property as described on the attached pages is hereby registered in the same: (X) Debtor(s) is a Transmitting Utility. Security Agreement No. __TDH-001-SA__ ; Hold Harmless and Indemnity Agreement No. __TDH-001-HHIA__ ; and all property as described and itemized in said Security Agreement and on the attached pages is accepted for value by Secured Party, and is exempt from levy. Adjustment of this filing is from House Joint Resolution 192 of June 5, 1933 and Uniform Commercial Code §§ 1-103, 1-104. All proceeds, products, accounts, fixtures, and the orders therefrom are released to the Secured Party. The Secured Party accepts the DEBTORS signature in accord with U.C.C. §§ 1-201 (39), 3-401; SEE ATTACHMENTS

***Florida Documentary Stamp Tax is not required.***

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

Debtor:TRAVIS DEON HENRY(C)1996    Secured Party;    All Rights Reserved, by: (c)1996

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| HENRY(C)1996 | TRAVIS | DEON |

10. MISCELLANEOUS:

NOTICE TO THE PUBLIC

Read UCC Financing Statement Attachment, Copyright Notice, Power of Attorney and all other Notices, **ACCEPTED FOR VALUE**, attached hereto, incorporated herein and made a part hereof, as if fully reproduced herein.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years