UCC FINANCING STATEMENT
ATTACHMENT NO. TDH-01202011-AS

**DEBTOR(S):**

HENRY(C)1996, TRAVIS DEON,
HENRY(C)1996 - TRADENAME, TRAVIS DEON
191 JULIANA RIDGEWAY
AUBURNDALE, FLORIDA 33823
UNITED STATES

Secured Party:

Henry(c)1996, Travis Deon; --
the living, breathing, sentient Gensman
In care of "Vills": posting location
191 Juliana Ridgeway
Auburndale, [33823] without recourse
UNITED STATES POST OFFICE
Florida Republic Territory, America

The following described property is hereby registered in the Commercial
Registry. All property is further accepted for value by the Secured Party,
and is exempt from levy.

1.  The trade-name, mark, and trademark of "TRAVIS DEON HENRY(C)1996", and
    any and all other assemblages of letters and derivatives and variations in
    the spelling of said name used with the intent of identifying/referencing
    "TRAVIS DEON HENRY(C)1996".

2.  Security Agreement Number TDH-001-SA and Hold Harmless and Indemnity
    Agreement Number TDH-001-HHIA, in possession of Debtor and Secured Party.

3.  All Collateral described and itemized in said Security Agreement No.
    TDH-001-SA.

4.  Debtor's Social Security Account Number, XXX-XX-2643, and all related
    documents, instruments, and endorsements, front and back, except the
    paper card-but not the ink and printing on either side of said paper
    card-issued by Social Security Administration and bearing Social Security
    Account Number XXX-XX-2643 on the obverse thereof.

5.  All related accounts, trusts, documents, instruments, and endorsements,
    front and back, re Debtor's Social Seucrity Account Number XXX-XX-2643;
    and, Private Treasury UCC Contract Account Number XXX-XX-2643.

6.  Any and every alleged birth document/record re Travis Deon; Henry(c),
    such as STATE OF FLORIDA, DEPARTMENT OF HEALTH AND REHABILITATIVE
    SERVICES, OFFICE OF VITAL STATISTICS, CERTIFICATE OF LIVE BIRTH, BIRTH NO.
    63-7803739, ISSUED NOVEMBER 7, 1978, i.e. any and every "CERTIFICATE OF
    BIRTH," "STANDARD CERTIFICATE OF BIRTH," "CERTIFICATE OF LIVE BIRTH,"
    "STANDARD CERTIFICATE OF LIVE BIRTH," "NOTIFICATION OF BIRTH
    REGISTRATION," "NOTIFICATION OF REGISTRATION OF BIRTH," "CERTIFICATE OF
    REGISTRATION OF BIRTH," and any other otherwise-entitled birth document/
    record-issued at any of the following levels: hospital, city, county,
    state, federal other-allegedly involving, concerning, binding, derived
    from, etc. the name consisting of any assemblage of letters regarded as

identifying/referencing Debtor, i.e., "TRAVIS DEON HENRY(C)1996", for any reason whatsoever.

NOTE: Secured Party is not under any circumstance, nor in any manner whatsoever, considered an accommodation party, nor a surety for Debtor(s) or any juristic person.

All property described herein is accepted for value by Secured Party and is exempt from levy. Adjustment of this filing is from House Joint Resolution 192 of June 5, 1933, and Uniform Commercial Code §§ 1-103, 1-104. (X) Debtor(s) is a Transmitting Utility. All proceeds, products, accounts, baggage and fixtures and the orders therefrom are to be released to the Secured Party. The Secured Party accepts DEBTOR'S signature in accord with UCC §§ 3-401, 1-201(39).

# Nunc Pro Tunc
# Affidavit of Status

| Mississippi | state | § | |
| | | § | Signed and Affirmed. |
| Yazoo | county | § | |

## KNOW ALL MEN BY THESE PRESENTS:

1.  That I, _____ **Travis Deon; Henry(c)** _____, a Free Original Indigenous Native, hereinafter,"Affiant," am by all intents and purposes a Freeman, without business, due to an Act of the United States ("U.S.") Congress, House Joint Resolution 192 of June 5, 1933, Public Law 73-10, and the practices of the Federal Reserve System since on or about December 23, 1913, until the present.

2.  That I, Affiant, am not a U.S. Citizen as defined under the 14th Amendment of the U.S. Constitution, which dilutes to being fictitious chattel property and a slave and sentient property of the U.S. Congress.

3.  That being a Sovereign by birthright and inheritance, and enjoying no privilege of limited liability, knowingly, intentionally, and voluntarily, for the payment of debts, nor having any insurable interest held by the County, State or Federal government, I do hereby demand and assert all of any inheritable and unalienable absolute "Rights at Law" pursuant to the Constitution for The united States of America (1791) and the Bill of Rights, still in full force and effect; and, herewith expressly refuse, WITHOUT DISHONOR AND RECOURSE TO ME, any jurisdiction of mercantile equity arising from the use of private credit established by various Acts of Congress, which Acts may be considered unlawful and effect a change of Status of all Sovereigns in America.

4.  That I, Affiant, a de jure Sovereign hereby repudiate all such effects, and here and now assert My birthright of freedom and immunity from compulsion and debt service as a natural and protected Right pursuant to the Law of _____ **Mississippi** _____ Republic and the Constitution for The united States of America (1791), still in full force and effect.

5.  That I, Affiant reserve the Common Law Right not to be compelled to perform under any contract that I have not entered knowingly, voluntarily, and intentionally. And, furthermore, notify all administrative agencies of the U.S. government that I do not accept the liability associated with the compelled benefits of any unrevealed commercial agreement.

**Dated:** The _____ **Twentieth** _____ Day of the _____ **First** _____ Month in the Year Two Thousand _____ **Eleven** _____.

_____ © **1996** , All Rights Reserved, the living, breathing, sentient Gensman known by the appellation,

" _____ **Travis Deon; Henry** _____ © **1996** , All Rights Reserved," Affiant.

# Verification and Certification

The Undersigned Affiant, the living, breathing, sentient Gensman known by the appellation **Travis Deon; Henry(c)** does herewith declare and affirm that Affiant executes this Affidavit as witness and victim with sincere intent, that Affiant can competently state the matters set forth herein, that the contents are true, correct, complete, and certain, not misleading, and the truth, the whole truth, and nothing but the truth as per Affiant's best first-hand knowledge and understanding.

**Dated:** The _____ **Twentieth** _____ Day of the _____ **First** _____ Month in the Year Two Thousand _____ **Eleven** _____ .

**Signed and Sealed in Peace and Light, by:**

_____ © _1996_, All Rights Reserved, the living, breathing, sentient Gensman known by the appellation,

" **Travis Deon; Henry** © _1996_, All Rights Reserved," Affiant.

## Testees' Acknowledgment

| Mississippi | state | § | |
|---|---|---|---|
| | | § | Signed and Affirmed. |
| Yazoo | county | § | |

On this _____ **Twentieth** _____ Day of the _____ **First** _____ Month in the Year Two Thousand **Eleven**, before Us, the Undersigned Testees, the Abovesigned living, breathing, sentient Gensman, personally known by Us or proved to Us, on the basis of satisfactory evidence, to be the Gensman whose signature is subscribed above in the declaration of facts. The said Gensman solemnly affirmed that the above is the truth, the whole truth and nothing but the truth.

Duly affirmed to and subscribed before Us, We therefore, set forth Our hands in affirmation of the execution thereof.

_____, **Teste**

_____, **Teste**

_____, **Teste**

**Reply to the above Testees at:**

**191 Juliana Ridgeway** _____

**Auburndale, Florida Republic** _____

**America**

# NOTICE
# DECLARATION AND CERTIFICATE
# OF SOVEREIGN STATUS

**Be Advised:**

This Declaration certifies that **Travis Deon; Henry(c)** , a sui juris mortal Gensman with sentient and moral existence, and being a native born Sovereign American by birthright and by Law, do hereby claim all absolute unalienable, imprescriptable, fundamental Rights, Privileges, Immunities and Protections as guaranteed, protected and secured by the original parent compact (organic), The Constitution for The united States of America (1787), as amended (1791) by the Bill of Rights, Articles I thru X, and "The Declaration of Human Rights," §§ 1 thru 32.

Further, it is certified herein that this Declaration is made pursuant to the Foreign Sovereign Immunities Act of October 21st, 1976 [H.H. 11315], Public Law 940583, 94th Congress, 90 Statutes at Large § 1, R.S. 1999, Title 8 USC 1481, still in force and effect today. [See Briehl vs. Dulles, 248 F.2d 561, 583 @ n. 21, among others.]

Further, the aforementioned Sovereign American is non-incorporated statutorily incapacitated, statute immune; and holds Tax and Sovereign Immunity, 'ab initio' from **October 29, 1978** A.D.

This Sovereign Status is foreign to and not subject to/by the status of "Statue Staple," "Chattel Property," "Citizen," "Resident," "Subject," "Person," "Individual," "Whoever," "Taxpayer," and/or any other titles under Statutes, Rules, Regulations, Policies, and common usages of the corporate governmental body whatsoever, without a valid contract.

Furthermore, this Sovereign American makes explicit reservation of all Rights pursuant to the Uniform Commercial Code (UCC) § 1-207, and 1-103, without the United States as defined in State or Federal Statutes.

**DECLARATION AND CERTIFICATE OF SOVEREIGN STATUS**

# FORMAL SOVEREIGN OATH OF RENUNCIATION

I, _____**Travis Deon; Henry(c)**_____ sui juris, Sovereign, having first-hand knowledge of the facts as the facts have been made known to me, herein/freely RENOUNCE all allegiance to the Foreign Venue and Jurisdiction of and within the United States (Washington, DC). I do freely give of this Formal Renunciation, being of Sound Mind, and having with me the power of the Sovereign, by GOD ALMIGHTY to make of my own volition this oath by formal Declaration.

In accord with the provisions set forth in [Title 8 USC § 1481], Sovereign declares that OFFICERS, AGENTS, EMPLOYEES, ACTORS, or otherwise OFFICIALS of the United States, those being bound to obey the Laws and Statues prescribed therein, are BOUND to take NOTICE of this FORMAL OATH OF RENUNCIATION. As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYEES, and/or otherwise OFFICIALS of the United States Government, bound by the laws, statues, acts, and provisions of the same Constitution, shall not infringe upon, ignore, disregard, or otherwise find of no substance and/or standing this Formal Oath of Renunciation by Declaration.

Pursuant to Title 8 of the United States Code of Laws of a general and permanent character in force and as have been enumerated in the HOLY SCRIPTURES, I, _____**Travis Deon; Henry(c)**_____, sui juris, do declare that no Man can infringe upon this Sovereign's Rights to renounce allegiance to any foreign Government, Tyrannical Power, King, Foreign, National, or other Alien Dominion.

I, _____**Travis Deon; Henry(c)**_____, sui juris, being a born free Man upon the soil of the Americas do not intend to abrogate any Immunity or Personal Right and nothing herein shall be construed to do so. These Personal Rights are by and from GOD ALMIGHTY and any infringement upon these Rights of this Sovereign, sui juris, shall be deemed a blatant disregard of those entitled Rights to Life, Liberty, Property, and harm from life or limb.

I, _____**Travis Deon; Henry(c)**_____, sui juris, herein, and henceforth DECLARE: that being a Free Man of God, I do not, nor will give this Body, Mind, Spirit, nor Soul, to any Nation as defined by Government, or Law other than those that are for the peace and dignity of Self preservation, Freedom, and the Rights to Life, Liberty, and Property; and that only the laws of nature shall govern this Sovereign.

### DECLARATION AND CERTIFICATE OF SOVEREIGN STATUS

I, _____ **Travis Deon; Henry(c)** _____, sui juris, do declare that the Laws of the common Man, being of the Common Law, shall govern me, and those Laws that are equitable and of good faith shall govern me; and I do not recognize any other form of Politic other than that of the Republic which is for the People, and by the People, those being Sovereign, not Citizens of a Foreign Government (Washington, DC).

# NOTICE

## LET NOTHING IN THIS FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING UNITED STATES CITIZENSHIP - THAT JURISDICTION OF/AND WITHIN WASHINGTON DC.

I, _____ **Travis Deon; Henry(c)** _____, the Undersigned, do aver that the above mentioned is the truth and fact according to the Law, and is to my best of knowledge and belief, true, correct, certain and not meant to mislead. This Declaration and Certificate is made knowing the pains and penalties of perjury and according to the Laws of Almighty GOD, the united States of America and The state of _____ **Mississippi** _____.

# "NOTICE TO PRINCIPAL IS NOTICE TO AGENT"
# "NOTICE TO AGENT IS NOTICE TO PRINCIPAL"
# "APPLICABLE TO ALL SUCCESSORS AND ASSIGNS"

**EXECUTED AND SIGNED** by me on this **20th** Day of __ **January** __, 20 **11**, A.D. at _____ **Yazoo** _____ county, _____ **Mississippi** _____ state, America.

_____ © **1996**, All Rights Reserved, the living, breathing, sentient Gensman known by the appellation,
" _____ **Travis Deon; Henry** _____ © **1996**, All Rights Reserved," Affiant.

**DECLARATION AND CERTIFICATE OF SOVEREIGN STATUS**

# ACKNOWLEDGMENT

| Mississippi | state | § | |
|---|---|---|---|
| | | § | **Signed and Affirmed.** |
| Yazoo | county | § | |

On this ____**Twentieth**____ Day of the _____**First**_____ Month in the Year Two Thousand **Eleven**, before Us, the Undersigned Testees, the Abovesigned living, breathing, sentient Gensman, personally known by Us or proved to us, on the basis of satisfactory evidence, to be the Gensman whose signature is subscribed above in the declaration of facts. The said Gensman solemnly affirmed that the above is the truth, the whole truth and nothing but the truth.

Duly affirmed to and subscribed before Us, We therefore, set forth Our hands in affirmation of the execution thereof.

_____, **Teste**

_____, **Teste**

_____, **Teste**

**Reply to the above Testees at:**

**191 Juliana Ridgeway**

**Auburndale, Florida Republic**

**America**

**DECLARATION AND CERTIFICATE OF SOVEREIGN STATUS**

**COPYRIGHT NOTICE:** All Rights Reserved re common-law copyright of trade-name/
trade-mark, **"TRAVIS DEON HENRY(C)1996"** as
well as any and all derivatives and variations in the spelling of said trade-
name/trade-mark, not excluding **Travis Deon; Henry(c)**
Common Law Copyright(c)**1996** by the living, breathing, sentient Gensman, i.e.
**Travis Deon; Henry(c)**, hereinafter "Secured Party". Said
common-law trade-name/trade-mark, **"TRAVIS DEON HENRY(C)1996"**,
hereinafter **"Common-Law Trade-name/Trade-mark"**, may neither be used, nor
reproduced, neither in whole nor in part, nor stored in a retrieval system; nor
transmitted in any form or by any means electronic, mechanical, photocopying,
recording in any manner whatsoever, without prior, express, written consent and
acknowledgment of the Secured Party, as signified by the red-ink signature of
the Secured Party. **With the intent of being contractually bound,** any juristic
person, as well as the agent of said juristic person, consents and agrees by this
Copyright Notice that neither said juristic person, nor the agent of said juristic
person, shall display, nor otherwise use in any manner, the common-law trade-name/
trade-mark, nor the common-law copyright described herein, nor any derivative of,
nor any variation in the spelling of, said common-law trade-name/trade-mark, nor
the common-law copyright described herein without the prior, express, written
consent and acknowledgment of the Secured Party, as signified by the Secured
Party's signature in red-ink. The Secured Party neither grants, nor implies, nor
otherwise gives consent for any unauthorized use of said common-law trade-name/
trade-mark and common-law copyright described herein and all such unauthorized
use is strictly prohibited. Secured Party is not now, nor has Secured Party
ever been, an accommodation party, nor a surety, for the Debtor, i.e.,
**"TRAVIS DEON HENRY(C)1996"**, nor for any derivative of, nor
for any variation in the spelling of, said name, nor for any other juristic
person, and is so indemnified and held harmless by Debtor, **"TRAVIS
DEON HENRY(C)1996"**, in the Hold-Harmless and Indemnity Agreement No.
**TDH**-001-HHIA dated the **Twenty-ninth** Day of the **Tenth**
Month in the Year **One Thousand Nine Hundred Ninety-six**,
against any and all claims, legal actions, orders, warrants, judgments, demands,
liabilities, losses, depositions, summonses, expenses whatsoever, both absolute
and contingent, as are due and as might become due, now existing and as might
hereinafter arise, and as might be suffered by, imposed on, and incurred by Debtor
for any and every reason, purpose, and cause whatsoever. **Self-executing Contract/
Security Agreement in Event of Unauthorized Use:** By this Copyright Notice, both
the juristic person and the agent of said juristic person, hereinafter jointly
and severally **"User"**, consent and agree that any use of said common-law trade-
name/trade-mark described herein other than authorized use as set forth above
constitutes unauthorized use, counterfeiting, of Secured Party's common-law
copyrighted private property; contractually binds User; renders this Notice by
Declaration a Security Agreement wherein User is debtor and the Secured Party,
i.e. the living, breathing, sentient Gensman, is Secured Party; and, signifies
that User: **(1)** grants Secured Party a security interest in all of User's equity,
property and interest in property in the sum certain amount of $1,000,000.00
per each occurrence of use of the common-law copyrighted trade-name/trade-mark
described herein, as well as for each and every occurrence of use of any and all
derivatives of, and variations in the spelling of, said common-law copyrighted
trade-name/trade-mark not excluding **Travis Deon; Henry(c)**,
plus costs, plus triple damages; **(2)** authenticates this Security Agreement wherein
User is debtor and Secured Party is Secured Party, and wherein User pledges all of
User's equity and property, i.e., all consumer goods, farm products, inventory,
equipment, money, investment property, commercial tort claims, letters of credit,
letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts,
documents, and general intangibles, and all User's interest in all such

foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and where ever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of _____
 **"TRAVIS DEON HENRY(C)1996"** , i.e. Secured Party's common-law copyrighted property; **(3)** consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office, as well as in any county recorder's office, wherein User is debtor and the living, breathing, sentient , Gensman known by the appellation _____**Travis Deon; Henry(c)**_____
is Secured Party; **(4)** consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's equity, property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; **(5)** consents and agrees with Secured Party's filing of any UCC Financing Statement, as described above in paragraphs "(3)" and "(4)", as well as the filing of any Security Agreement, as described above in paragraph "(2)", in the UCC filing office, as well as in any county recorder's office; **(6)** consents and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered bogus, and that User will not claim that any such filing is bogus; **(7)** waives all defenses; and **(8)** appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. **User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use: Payment Terms:** In accordance with fees for unauthorized use of the common-law trade-name/trade-mark described herein as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date Secured Party's invoice, hereinafter **"Invoice,"** itemizing said fees, is sent. **Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date of Invoice is sent, User shall be deemed in default and: (a) all of User's equity, property and interest in property pledged as collateral by User, as set forth in above paragraph "(2)", immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former equity, property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement In Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate. **Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former equity, property and interest in property in the possession of, as well as disposed of by Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former equity, property and interest in property formerly pledged as collateral that is neither in

the possession of, nor otherwise disposed of by, Secured Party within twenty
(20) days of date of User's default only by payment in full. **Terms of Strict
Foreclosure:** User's non-payment in full of all unauthorized-use fees itemized
in Invoice within said twenty (20) days period for curing default as set forth
above under "Terms for Curing Default" authorizes Secured Party's immediate
non-judicial strict foreclosure on any and all remaining equity, property
and interest in property formerly pledged as collateral by User, now property       ,
of Secured Party, which is not in the possession of, nor otherwise disposed
of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure
period.  Ownership subject to common-law copyright and UCC Financing Statement
filed with the UCC filing office.  Record Owner: _____ **Travis**
___ **Deon; Henry(c)** ___, Autograph Common Law Copyright(c)**1996**.  Unauthorized
use of ___ **Travis Deon; Henry(c)1996** ___, All Rights Reserved incurs
same unauthorized-use fees as those associated with _____ **"TRAVIS**
___ **DEON HENRY(C)1996"** ___, as set forth above in paragraph "(1)" under
"Self-executing Contract/Security Agreement in Event of Unauthorized Use."

1.  **Fact:** Secured Party has not seen or been presented with any material
    facts and evidence, which demonstrate that the person known as **"TRAVIS**
    ___ **DEON HENRY(C)1996"** ___, and any and all derivatives thereof,
    is anything other than a fiction without form or substance, and believes
    that none exists.

2.  **Fact:** Secured Party has not seen or been presented with any material
    facts and evidence, which demonstrate that the name _____ **"TRAVIS**
    ___ **DEON HENRY(C)1996"** ___, and any and all derivatives thereof,
    is not a common-law copyright and private property that can not be used
    without Secured Party's prior written consent, and then only under the
    terms set out in this Self-executing Contract/Security Agreement, and
    believes that none exists.

**THIS IS A TRUE AND CORRECT COPY AS RECORDED IN SECURED PARTY'S FILES.**

_____ (c) **1996**, All Rights Reserved,
the living, breathing, sentient Gensman known by the appellation ___ **Travis**
___ **Deon; Henry(c)1996** ___, All Rights Reserved, Secured Party, Sui
**Juris.**

## ACKNOWLEDGEMENT

Grant of Exclusive power of attorney to all tax,
business, and legal affairs of principal person.

### POWER OF ATTORNEY-IN-FACT

Know All Men by These Presents: That, I, __"TRAVIS DEON HENRY(C)"__, the undersigned Debtor, hereby make, constitute and appoints __Travis Deon; Henry(c)__, All Rights Reserved", herein, the flesh and blood, living, breathing, Sentient Gensman, Secured Party/Creditor as my true and lawfully authorized representative and attorney-in-fact, to take exclusive charge of, manage, and conduct all my tax, business, and legal affairs, and for such purpose to act for me in my physical absence in any special visitation appearance, representation, authorization, and/or signing thereto of any affidavits, declarations, contracts, agreements, trust, and or any documents requiring my signature to carry out his exclusive purpose of attorney in fact as authorized:

1. To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, divided, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or claimed by me, or presented to the UNDERSIGNED DEBTOR; and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, compromise, compound and or discharge any claim or initiated any administrative claim for damages or make any necessary demands;

2. To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods wares and merchandise, chooses in action and other property, in possession or where a security interest is established and to or in other actions;

3. To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the UNDERSIGNED DEBTOR; to use where necessary any Bonds, Bills of Exchange, Sight Drafts/Money Orders to finalize any of the above in my behalf;

4. To receive money or property paid or delivered to me from any source;

5. To open any Checking accounts, deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository whereupon being 'closed,' to discharge any fines, fees, taxes and debts via adjustment and set-off, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and place items in or remove then from, any safety

deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

6. To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property, create, amend, supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State;

7. To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate: to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry, provide for the use, maintenance, repairs, security, or storage of my tangible property;

8. To purchase and maintain such policies of insurance against liability; fire, casualty, or other risks as our attorney in fact may consider prudent;

9. To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto my said authorized representative, named herein, full power and authority by law to do and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Authorized representative shall be applicable to all real and private property, personal property or interest therein now owned or hereinafter acquired by me the DEBTOR and wherever situate, and as evidenced by a filed security interest.

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my authorized representative/attorney-in-fact may obligate me in these matters. This grant of exclusive power shall expire upon notice to the other party at any time for any reason.

My said Attorney-in-fact: "__**Travis Deon; Henry(c)**__, All Rights Reserved" is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and in the acquisition or distribution of real, personal or private property, my said Attorney-in-fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit – with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

Executed and sealed by the voluntary act of my own hand, as of this **Twentieth** Day of the **First** Month in the Year **Two Thousand Eleven** .

This instrument was prepared by: " **Travis Deon: Henry** (c)**1996**, All Rights Reserved".

ACCEPTANCE: " **TRAVIS DEON HENRY** (C)**1996**, ALL RIGHTS RESERVED"

**TRAVIS DEON HENRY** (C)**1996**
DEBTOR'S SIGNATURE

Secured Party/Authorized Representative accepts DEBTOR'S signature in accord with UCC §§ 1-201, 3-401.

I, the abovenamed exclusive representative/attorney-in-fact do hereby accept the fiduciary interest of the hereinafter Debtor-Grantor and will execute the herein granted power-of-attorney with due diligence.

_____ (c)**1996**, All Rights Reserved,
Secured Party and Authorized Representative

### Testees' Acknowledgment

**Mississippi** state )
                          ) Signed and Affirmed.
**Yazoo** county )

On **January 20, 2011 A.D.** , before Us, the Undersigned Testees, the Abovesigned living, breathing, sentient Gensman/Genswoman, personally known by Us or proved to Us, onthe basis of satisfactory evidence, to be the Gensman/Genswoman whos signature is subscribed above in the declaration of facts. The said Gensman/Genswoman solemnly affirmed that the above is the truth, the whole truth and nothing but the truth.

Duly affirmed to and subscribed before Us, We therefore, set forth Our hands in affirmation of the execution thereof.

_____, Teste
_____, Teste
_____, Teste

Reply to the abovesaid Testees at:

**191 Juliana Ridgeway**

**Auburndale, Florida Republic**

America

**NOTICE**
**ATTACHMENT "B"**

**"JUDGMENT DEED"**

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Billings Division     District of       Montana

UNITED STATES OF AMERICA     **JUDGMENT IN A CRIMINAL CASE**

V.

TRAVIS HENRY

DEPUTY CLERK   Case Number:      CR-08-123-BLG-RFC-01

USM Number:      35920-013

Harvey Steinberg
Defendant's Attorney

## THE DEFENDANT:

x pleaded guilty to count(s)    1

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute cocaine | 9/30/2008 | 1 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)   

x Count(s)   2 and 3     ☐ is   x are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 15, 2009
Date of Imposition of Judgment

Signature of Judge

UNITED STATES OF AMERICA } ss.
DISTRICT OF MONTANA

I, PATRICK E. DUFFY, Clerk of the United States
Court for the District of Montana, hereby
certify the above and foregoing is a true copy
of the original now on file in my office

Richard F. Cebull, Chief U.S. District Judge
Name and Title of Judge

July 16, 2009
Date

1890

AO 245B     (Rev. 06/05) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:        Travis Henry
CASE NUMBER:      CR-08-123-BLG-RFC-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

36 months.

    X The court makes the following recommendations to the Bureau of Prisons:

    That defendant be designated to a federal prison camp in Florida that has RDAP and is close enough to his family to allow visitation, and also recommends that defendant participate in a 500-hour RDAP, if he qualifies, in order to address chemicla dependency issues.

    X The defendant is remanded to the custody of the United States Marshal.

    ☐ The defendant shall surrender to the United States Marshal for this district:

        ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

        ☐ as notified by the United States Marshal.

    ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐ before 2 p.m. on _____ .

        ☐ as notified by the United States Marshal.

        ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT:        Travis Henry
CASE NUMBER:      CR-08-123-BLG-RFC-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

5 years.

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   Case 1:08-cr-00123-RWM-GSC   Document 75-2   Filed 06/04/11   Page 19 of 21
(Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page    4    of    6

DEFENDANT:     Travis Henry
CASE NUMBER:    CR-08-123-BLG-RFC-01

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, the defendant shall not commit any Federal, state, or local crime, and shall not possess a controlled substance. The defendant shall be prohibited from owning, using, or being in constructive possession of firearms, ammunition, or other destructive devices while on supervision and any time after the completion of the period of supervision unless granted relief by the Secretary of the Treasury. The defendant shall cooperate in the collection of DNA as directed by the United States Probation Officer.

Further, the defendant shall comply with the standard conditions of supervised release as recommended by the United States Sentencing Commission, and which have been approved by this Court. The defendant shall also comply with the following special condition(s):

1. The defendant shall participate in substance abuse testing, to include not more than 104 urinalysis tests and not more than 104 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer.

2. The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as determined by the United States Probation Officer.

3. The defendant shall submit his person, residence, place of employment, or vehicle, to a search, conducted by a United States Probation Officer, based on reasonable suspicion of contraband or evidence in violation of a condition of release. Failure to submit to search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to the condition.

4. The defendant will provide the United States Probation Officer with any requested financial information and shall incur no new lines of credit without the prior approval of the United States Probation Officer.

5. The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

6. Pursuant to the Violent Crime Control Act of 1994, the defendant is required to notify the United States Probation Officer ten (10) days prior to change of address.

Judgment — Page 5 of 6

DEFENDANT: Travis Henry
CASE NUMBER: CR-08-123-BLG-RFC-01

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

   ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page    6    of    6

DEFENDANT:        Travis Henry
CASE NUMBER:      CR-08-123-BLG-RFC-01

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    x   Lump sum payment of $   100.00        due immediately, balance due

         ☐   not later than _____ , or
         x   in accordance      ☐  C,   ☐  D,   ☐  E, or   x  F below; or

B    ☐   Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C    ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
         _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
         _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
         term of supervision; or

E    ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
         imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    x   Special instructions regarding the payment of criminal monetary penalties:

         Payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25.00 per quarter, and
         payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program.  Criminal monetary payments shall
         be made to the Clerk, United States District Court, Federal Building, Room 5405, 316 North 26th St., Billings, MT 59101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due
during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.