RECEIVED
JUN 24 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

## Affidavit of Mailing

I, the living, breathing, sentient Gensman known by the appellation "Travis Deon; Henry(c)" do hereby declare as follows:

That I am over the age of eighteen years, and I hereby certify and affirm that on the 21st day of June, 2011 A.D., I caused an original of:

NOTICE FOR "APPLICATION FOR
CERTIFICATE OF DISCHARGE OF PROPERTY
FROM FEDERAL TAX LIEN"
BY SPECIAL VISITATION

1:08-CR-123-RFC-1

to be placed in a sealed envelope(s) with all accompanying documents and attachments, properly addressed as follows:

UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, WILLIAM W. MERCER DBA U.S. ATTORNEY, JOSEPH THAGGARD DBA ASSISTANT U.S. ATTORNEY, AND E. VINCENT CARROLL DBA ASSISTANT U.S. ATTORNEY, DOING BUSINESS AT: OFFICE OF THE U.S. ATTORNEY, PAUL G. HATFIELD U.S. COURTHOUSE, 901 FRONT STREET, SUITE 1100, HELENA, MT [59626], -AND-

RICHARD F. CEBULL DBA CHIEF DISTRICT JUDGE, CAROLYN S. OSTBY DBA MAGISTRATE JUDGE, PATRICK DUFFY DBA CLERK, AND UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA AT BILLINGS, DOING BUSINESS AT: ROOM 5405, BATTIN FEDERAL BUILDING, 316 N. 26TH STREET, BILLINGS, MT [59101],

and depositing said envelope(s) for personal and special delivery via U.S.P.O. Regular Mail, postage fully pre-paid in the Institution's mailbox at Yazoo City, Mississippi, America.

THEREFORE, I hereby certify, knowing the pains and penalty of perjury [28 U.S.C.A. § 1746(1)] that the above declaration made by me, outside the United States federal government, is true, correct, complete and certain, not misleading, the truth, the whole truth, and nothing but the truth, in accordance with my spiritual convictions and creed.

_____ (c)1996, All Rights Reserved, the living, breathing, sentient Gensman known by the appellation "Travis Deon; Henry(c)1996, All Rights Reserved," Affiant.

TDH-06212011-AOM