```
                                                    FILED
                                                 BILLINGS DIV.

                                                2011 JUN 28 PM 1 18

                                                PATRICK E. DUFFY, CLERK
                                                BY _____
                                                            DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 08-123-BLG-RFC |
| | CV 11-067-BLG-RFC |
| Plaintiff, | |
| vs. | ORDER RECHARACTERIZING |
| | AND DISMISSING MOTION |
| TRAVIS HENRY, | |
| Defendant. | |

---

On June 24, 2011, Defendant/Movant Travis Henry ("Henry"), a federal prisoner proceeding pro se, filed nonsense documents purporting to discharge his criminal liability in this case as if it were a dischargeable tax lien.

Absurd as they are, his documents can only be construed as a challenge to his conviction for conspiracy to possess cocaine with intent to distribute, because that is the only vehicle available to Henry for that purpose. *Matus-Leva v. United States*, 287 F.3d 758, 760-61 (9th Cir. 2002); *United States v. Valdez-Pacheco*, 237 F.3d

ORDER RECHARACTERIZING AND DISMISSING MOTION / PAGE 1

1077, 1079-80 (9th Cir. 2001); *Moore v. Reno*, 185 F.3d 1054, 1055 (9th Cir. 1999). Notice and an opportunity to respond are required before a *first* motion is recharacterized as a motion under 28 U.S.C. § 2255, *Castro v. United States*, 540 U.S. 375, 377 (2003), but Henry has already filed a motion under 28 U.S.C. § 2255, Mot. § 2255 (*doc. 83*); Order (*doc. 84*). Consequently, it is appropriate to recharacterize the nonsense documents as an unauthorized second § 2255 motion and dismiss them for lack of jurisdiction. *Burton v. Stewart*, 549 U.S. 147, 149 (2007) (per curiam). A certificate of appealability is not warranted because no reasonable jurist could make sense of the documents and because there is no doubt whatever that they should be dismissed. *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Henry's nonsense documents (*doc. 85*) are RECHARACTERIZED as an unauthorized second motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 and DISMISSED for lack of jurisdiction;

2. A certificate of appealability is DENIED. The Clerk of Court shall immediately process the appeal if Henry files a Notice of Appeal;

3. The Clerk of Court shall ensure that all pending motions in this case and in

ORDER RECHARACTERIZING AND DISMISSING MOTION / PAGE 2

CV 11-67-BLG-RFC are terminated and shall close the civil file by entering a judgment of dismissal.

DATED this 28th day of June, 2011.

Richard F. Cebull, Chief Judge
United States District Court