RECEIVED

SCANNED

JUL 3 0 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

TRAVIS DEON HENRY(C)
191 JULIANA RIDGE WAY
AUBURNDALE, FL [33823]

NON-NEGOTIABLE
PRIVATE BETWEEN THE PARTIES


RESPONDENT:
MR. TIMOTHY GEITHNER, SECRETARY OF THE TREASURY
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
DOING BUSINESS AT:
IRS CENTER
AUSTIN, TX [73301-0002]
VIA U.S.P.O. CERTIFIED MAIL RRR # 7004 2890 0001 1052 2854; -AND-

RECIPIENT:
UNITED STATES OF AMERICA, AND
UNITED STATES DISTRICT COURT,
DISTRICT OF MONTANA AT BILLINGS
DOING BUSINESS AT:
BATTIN FEDERAL BUILDING
316 N. 26TH STREET
BILLINGS, MT [59101]
VIA U.S.P.O. CERTIFIED MAIL RRR # 7004 2890 0001 1052 2908.

RE: NATIONAL REGISTRY ACCOUNT, "TRAVIS DEON HENRY(C)", NO. 263-87-
   2643; NO. 1:08-CR-00123-RFC-1 IN UNITED STATES DISTRICT COURT,
   DISTRICT OF MONTANA (BILLINGS) AND ANY AND ALL RELATED
   MATTERS.

### NOTICE BY WRITTEN COMMUNICATION

### AND ADMINISTRATIVE CLAIM FOR REFUND

### BY SPECIAL VISITATION

Greetings:

    Enclosed, please find the Undersigned's Administrative Claim
for Refund regarding the hereinabove-referenced Account.  It is
the Undersigned's reasonable belief, pursuant to Publication 1212,
26 U.S.C.A. §§ 1271-1275, 33A AmJur 2d, Pages 695-715, and 26
U.S.C.S. §§ 7422 et seq., that the claim enclosed, now in
Respondent's possession, is proper and complete for the period
thereon and in question.

    Department of Treasury/IRS Form 1040 together with 1096, 1099
OID, 1099 A and 1040 V along with the testimony of public
officials Elwaine Barrett, notary public, and Debra Bowen,