**Harvey A. Steinberg**
**SPRINGER AND STEINBERG, P.C.**
**1600 Broadway, Suite 1200**
**Denver, CO 80202**
**(303) 861-2800 Telephone**
**(303) 832-7116 Telecopier**
law@springersteinberg.com

**James A. Patten**
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
**2817 Second Avenue North, Suite 300**
**Billings, MT 59101**
**(406) 252-8500 Telephone**
**(406) 294-9500 Telecopier**
japatten@ppbglaw.com


ATTORNEYS FOR DEFENDANT,
TRAVIS HENRY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

Case No. 08-cr-123-BLG-RFC

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**TRAVIS HENRY** and**,**
JAMES MACK,

     Defendants.

---

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

The Defendant, Travis Henry, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Honorable Court for the entry of an Order granting the Defendant early termination of his supervised release.

**AS GROUND THEREFOR**, the Defendant states as follows:

1. On July 16, 2009, the Court entered judgment against the Defendant (Doc. 75). The Court sentenced the Defendant to a term of imprisonment for 36 months. The Court recommended that, "defendant be designated to a federal prison camp in Florida that has RDAP and is close enough to his family to allow visitation, and also recommends that defendant participate in a 500-hour RDAP, if he qualifies, in order to address chemicla[sic] dependency issues." Upon completion of his 36-month sentence, the Defendant was subject to five years of supervised release. The Defendant has completed his prison sentence and is now completing his supervised release.

2. At the time of the Defendant's plea and the entry of judgment against him, the parties believed and the Court anticipated that the Defendant would be eligible for RDAP. The parties were unaware of a misdemeanor conviction early in the Defendant's history (more than ten years ago) which the Bureau of Prisons determined made him ineligible for RDAP. As a result of his ineligibility for RDAP the Defendant served an extra year in prison.

3. Had the Defendant completed the RDAP program he would have likely completed his sentence and half of his supervised release by this time. Because he was ineligible for RDAP the Defendant has only completed approximately a year and a half of his five years of supervised release. The intent of the parties' plea agreement was that the Defendant would complete the RDAP program, and have the benefit of the consequential

–3–

reduction in his prison sentence. Because of the inability to take advantage of RDAP, the spirit of the parties' agreement has not been fully honored.

4. The Defendant has been offered an opportunity to return to professional sports, but the opportunity is in Canada. The Defendant cannot take advantage of this opportunity while he remains on supervised release.

5. For the above-stated reasons, the Defendant moves this honorable Court to issue an order granting early termination from supervised release.

6. Undersigned counsel's staff contacted the Defendant's probation officer, Iva Sherrouse and has been authorized to represent that the Defendant has been successfully completing his supervised release and has been completely compliant. Ms. Sherrouse indicated that, but for the fact the Defendant is not yet halfway through his supervised release, she would have recommended early termination at this time to allow the Defendant to participate in the opportunity in Canada. Because the Defendant has only completed approximately a year less than half of his supervised release, she is unable to recommend early termination at this time.

7. Undersigned counsel has been authorized by AUSA Joseph Thaggard to represent that, given Ms. Sherrouse's position, the United States opposes the relief requested in this motion.

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 13th day of May, 2013.

                                          Respectfully submitted,

                                          s/ Harvey A. Steinberg
                                          Attorney for Defendant
                                          Springer & Steinberg, P.C.
                                          1600 Broadway, Suite 1200
                                          Denver, CO 80202
                                          (303)861-2800 Telephone
                                          (303)832-7116 Telecopier
                                          law@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2013, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Joseph Thaggard**
Email: joseph.thaggard@usdoj.gov

                                        s/Hope Del Rio
                                        Hope Del Rio
                                        for Harvey A. Steinberg
                                        Springer & Steinberg, P.C.
                                        1600 Broadway, Suite 1200
                                        Denver, CO 80202
                                        (303)861-2800 Telephone
                                        (303)832-7116 Telecopier
                                        hdelrio@springersteinberg.com