IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 08-123-BLG-DLC |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION FOR EARLY TERMINATION |
| TRAVIS HENRY, | OF SUPERVISED RELEASE |
| Defendant. | |

_____

On May 13, 2013, Defendant Travis Henry, through counsel, moved for early termination of his five-year term of supervised release. Henry reasons that the Bureau of Prisons found him ineligible to participate in the 500-hour drug treatment program in prison due to a previous misdemeanor conviction; had Henry participated in the drug treatment program, he would have been released from prison earlier; had he been released from prison earlier, he would by now have served more than half his term of supervised release; and, had he served more than half his term of supervised release, his probation officer would now be recommending early termination to allow Henry to take an opportunity to return to professional sports in Canada.

1

I have reviewed the presentence report and the court reporter's rough transcript of the sentencing hearing. United States District Judge Richard F. Cebull recommended that Henry participate in the drug treatment program because Henry needs drug treatment. Early termination of supervised release is not a reasonable means of ensuring that Henry's problems with drugs are over.

After Henry completes the majority of the term of his supervised release, he may make another request for early termination. The request must be supported by a statement from the probation officer who is supervising him. The officer must explain what Henry's conditions are, including how often he undergoes drug and alcohol testing, his record of compliance or non-compliance, and why early termination is appropriate.

Accordingly, IT IS HEREBY ORDERED that Henry's motion for early termination of supervised release (doc. 93) is DENIED.

DATED this 16th day of May, 2013.

_____
Dana L. Christensen, Chief District Judge
United States District Court