PROB 12A
(7/01)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MONTANA

LODGED NOV 21 2013 Clerk, U.S. District Court District Of Montana Billings

FILED NOV 25 2013 Clerk, U.S. District Court District Of Montana Billings

## REPORT ON OFFENDER UNDER SUPERVISION

| | |
|---|---|
| NAME OF OFFENDER: | Travis Henry |
| CASE NUMBER: | CR 08-123-BLG-DWM-CSO |
| NAME OF SENTENCING JUDICIAL OFFICER: | Chief U. S. District Court Judge Richard F. Cebull |
| DATE OF ORIGINAL SENTENCE: | July 15, 2009 |
| ORIGINAL OFFENSE: | Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C.§ 846 |
| ORIGINAL SENTENCE: | 36 months custody followed by 5 years supervised release |
| TYPE OF SUPERVISION: | Supervised Release |
| DATE SUPERVISION COMMENCED: | December 19, 2011 |

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

**Violation Number**  **Nature of Non-compliance**

1   **Preamble to Standard Condition:** The defendant shall not commit another federal, state or local crime.

On August 1, 2013, the defendant was cited for Knowingly Driving While License Suspended or Revoked in Polk County Florida. The defendant's license was suspended in reference to back child support. However, the defendant provided United States Probation Officer Iva M. Sherrouse of the Middle District of Florida, with legal documentation indicating that his child support obligation had been vacated. The defendant's attorney is currently working on a resolution to the above case and is confident the case will not go forward.

Report on Offender Under Supervision
Name of Offender: Travis Henry
Page 2

### U. S. Probation Officer Action:

Since being released from custody on December 19, 2011, the defendant has resided with his girlfriend in Auburndale, Florida and been supervised in the Middle District of Florida. The defendant has maintained a residence, maintained employment, and completed the National Football League's (NFL) treatment program, as well as other conditions, and won reinstatement with the NFL. However, as of this date, no NFL team has shown any interest in employing the defendant. Additionally, the defendant successfully completed an outpatient drug treatment program on November 1, 2013.

The defendant's supervising officer, Iva M. Sherrouse, is respectfully requesting the Court be notified of the above charge and that no action be taken at this time. This request is based on the fact that the defendant's license appears to be suspended due to a mis-communication between the child support office and his attorney. Officer Sherrouse will continue to monitor the case and provide the Court with any updates and the eventual disposition of the pending charge.

Respectfully submitted,

☒ **Probation Officer Recommends No Court Action at This Time.**

by Tanya L. Wilson
Tanya L. Wilson
U. S. Probation Officer

Approved by:

Brian Farren   November 22, 2013
Team Leader/U. S. Probation Officer

Date: November 22, 2013

---

☑ CONCUR WITH U. S. PROBATION OFFICE

☐ SUBMIT REQUEST TO MODIFY CONDITIONS OR TERM OF SUPERVISION (PROB 12B)

☐ SUBMIT REQUEST FOR WARRANT OR SUMMONS (PROB 12C)

Carolyn S. Ostby
Magistrate Judge

November 25, 2013
Date

Comments: